FILED
CLERK, U.S. DISTRICT COURT
10/15/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN RINDERKNECHT,
  aka "Jonathan Rinder,"
  aka "Jon Rinder,"

Defendant.

CR No. 2:25-cr-00833-AH

I N D I C T M E N T

[18 U.S.C. § 844(f)(1): Destruction of Property by Means of Fire; 18 U.S.C. § 844(i): Arson Affecting Property Used in Interstate Commerce; 18 U.S.C. § 1855: Timber Set Afire]

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 844(f)(1)]

Beginning on or about January 1, 2025, and continuing through on or about January 31, 2025, in Los Angeles County, within the Central District of California, defendant JONATHAN RINDERKNECHT, also known as "Jonathan Rinder" and "Jon Rinder," maliciously damaged and destroyed, by means of fire, specifically, the fire known as the Lachman Fire and Palisades Fire, buildings and other real and personal property in whole and in part owned and possessed by, or leased to, the United States, or any department or agency thereof,

and institutions and organizations receiving federal financial assistance, namely:

A. Real property owned or possessed by the Mountains Recreation and Conservation Authority, including the parcel identified by the Los Angeles County Assessor as Assessor Identification Number 4431-023-903;

B. Buildings, parks, and public lands owned or possessed by the United States, including the Camp 8 Historic District and the Santa Monica Mountains National Recreation Area;

C. Buildings, parks, and public lands owned or possessed by the State of California, including the parcel identified by the Los Angeles County Assessor as Assessor Identification Number 4431-023-902, Topanga State Park, and Will Rogers State Historic Park;

D. Buildings, parks, and public lands owned or possessed by the City of Los Angeles, including Temescal Canyon Park, Potrero Canyon Park, and the Pacific Palisades Public Library;

E. Federally insured banks, including the Pacific Palisades branches of Bank of America and Chase Bank;

F. Electrical and telecommunications equipment and infrastructure;

G. California State Route 27; and

H. Pacific Coast Highway.

COUNT TWO

[18 U.S.C. § 844(i)]

Beginning on or about January 1, 2025, and continuing through on or about January 31, 2025, in Los Angeles County, within the Central District of California, defendant JONATHAN RINDERKNECHT, also known as "Jonathan Rinder" and "Jon Rinder," maliciously damaged and destroyed, by means of fire, specifically, the fire known as the Lachman Fire and Palisades Fire, buildings and other real and personal property used in interstate and foreign commerce and in any activity affecting interstate or foreign commerce, namely:

A. The Santa Monica Mountains National Recreation Area;
B. Buildings, parks and public lands owned or possessed by the State of California, including Topanga State Park and its commercial lessees;
C. Federally insured banks, including the Pacific Palisades branches of Bank of America and Chase Bank;
D. Commercial buildings and businesses, including those in the Palisades Village shopping center;
E. Rental properties;
F. Electrical and telecommunications equipment and infrastructure; and
G. Pacific Coast Highway.

COUNT THREE

[18 U.S.C. § 1855]

Beginning on or about January 1, 2025, and continuing through on or about January 31, 2025, in Los Angeles County, within the Central District of California, defendant JONATHAN RINDERKNECHT, also known as "Jonathan Rinder" and "Jon Rinder," willfully and without authority, set on fire, through the fire known as the Lachman Fire and Palisades Fire, timber, underbrush, grass, and other inflammable material upon the public domain and upon lands owned by the United States and under the partial, concurrent, or exclusive jurisdiction of the United States, within the Santa Monica Mountains National Recreation Area.

A TRUE BILL

/s/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental Crimes and Consumer Protection Section

MATTHEW W. O'BRIEN
DANBEE C. KIM
Assistant United States Attorneys
Environmental Crimes and Consumer Protection Section

LAURA A. ALEXANDER
Assistant United States Attorney
Public Corruption and Civil Rights Section

4