Name and address:
Jacob Gillick, Esq. (SBN: 312336)
Gillick Legal, APC
777 S. Alameda, 2nd Floor
Los Angeles, CA 90021
Phone: 858-250-0656
E-Mail: JGillick@GillickLegal.com

**LODGED**
CLERK, U.S. DISTRICT COURT
10/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____RYO_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:25-CR-00833-AH |
| v. | |
| JONATHAN RINDERKNECHT | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

HANEY, STEVEN ALAN
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Haney Law Group, PLLC
22815 Kelly Rd.
Eastpointe, MI 48021

248-414-1470
*Telephone Number*

248-414-1471
*Fax Number*

steve@haneygroup.net
*E-Mail Address*

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

JONATHAN RINDERKNECHT

*Name(s) of Party(ies) Represented*       ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

GILLICK, JACOB A.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Gillick Legal, APC
777 S. Alameda, 2nd Floor
Los Angeles, CA 90021

312336
*Designee's Cal. Bar No.*

858-250-0656
*Telephone Number*

858-250-0656
*Fax Number*

jgillick@gillicklegal.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge