Name and address:
JACOB ASHER GILLICK #312336
GILLICK LEGAL APS
777 S. ALAMEDA, 2ND FLOOR
LOS ANGELES, CA 90021

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:25-cr-00833-AH |
| v. | |
| JONATHAN RINDERKNECHT | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

HANEY, STEVEN ALAN
Applicant's Name (Last Name, First Name & Middle Initial)     check here if federal government attorney ☐

HANEY LAW GROUP, PLLC
Firm/Agency Name

22815 Kelly Road                    248-414-1470              248-414-1471
Street Address                      Telephone Number          Fax Number

Eastpointe, MI 48021                steve@haneygroup.net
City, State, Zip Code               E-mail Address

I have been retained to represent the following parties:

JONATHAN RINDERKNECHT      ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____
                           ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____
Name(s) of Party(ies) Represented

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Eastern District of Michigan | 2/4/2014 | Yes |
| Supreme Court of Arizona | 8/1/2023 | Yes |
| State Bar of Michigan | 5/23/2002 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[blank box]

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  10/21/2025

Steven A. Hanev
Applicant's Name (please type or print)

[signature]
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

GILLICK, JACOB ASHER
*Designee's Name (Last Name, First Name & Middle Initial)*

GILLICK LEGAL, APC
*Firm/Agency Name*

777 S. Alameda, 2nd Floor
*Street Address*

Los Angeles, CA  90021
*City, State, Zip Code*

858-250-0656
*Telephone Number*

*Fax Number*

jgillick@gillicklegal.com
*Email Address*

#312336
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  10/21/2025

Jacob Gillick, Esq.
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

G-64 (10/23)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 3 of 3

# United States District Court
## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, Kinikia D. Essix, Clerk of Court, certify that

## Steven A. Haney

was duly admitted to practice in this Court on 02/04/2014,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 10/14/2025.

_Kinikia D. Essix_
Clerk



_Jurnee Parker_
Deputy Clerk

CERTIFICATE OF GOOD STANDING
ISSUED BY THE DISCIPLINARY CLERK
FOR AND ON BEHALF OF
THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **STEVEN ALAN HANEY,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on August 1, 2023, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  10-15-2025

*Kristina Tuba*
Kristina Tuba
Associate Disciplinary Clerk

COGS313535F34DEC

# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

This certifies that Steven Alan Haney, P63947 of Eastpointe, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on May 23, 2002 in Jackson County and became a member of the State Bar of Michigan on May 29, 2002.



Peter W. Cunningham, Executive Director
October 13, 2025

