| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) |
|---|
| Steven A. Haney (P63947) Pro Hac Vice |
| Haney Law Group, PLLC |
| 22815 Kelly Road, Eastpointe, MI 48021 |
| (248) 414-1470 / steve@haneygroup.net |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| V. | 25-CR-00833-AH |
| JONATHAN RINDERKNECHT | |
| | **APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION** |
| DEFENDANT. | (18 U.S.C. §3142) AND REQUEST FOR HEARING |

Application is made by ☐ plaintiff ☑ defendant Jonathan Rinderknecht that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge Nathan Hill _____ by order dated: 10/10/2025

- ☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
- ☐ ordering release upon certain conditions, or
- ☑ denying detention.

- ☑ A hearing is being sought before Magistrate Judge Rozella A. Oliver   as there is new information to be presented that was not considered by the previous judicial officer; or

- ☐ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific):*
Setting conditions of release or Detention

Counsel for the defendant and plaintiff United States Government consulted on October 31, 2025 and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation on 11/4/2025_____.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| 11/4/2025 | /s/ Steven A. Haney on behalf of Defendant |
|---|---|
| Date | Moving Party |