Name & Address:

Steven A. Haney (P63947) Pro Hac Vice
Haney Law Group, PLLC
22815 Kelly Road, Eastpointe, MI  48021
(248) 414-1470
steve@haneygroup.net

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF v. JONATHAN RINDERKNECHT DEFENDANT. | 25-CR-00833-AH  NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge Rozella A. Oliver

on TUESDAY, NOVEMBER 18th                    at 11:00             ☑ a.m. ☐ p.m.

in courtroom 590, 5th Floor, 350 W 1st Street, Los Angeles, CA 90012-4565                    .

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☑ is not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

_____    _____    _____
Date                        Deputy Clerk                 Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☐ PSA.

---

NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A (10/09)