# EXHIBIT B

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>Palisades Fire | Investigation Number:<br>███████ | Report Number:<br>██ |
|---|---|---|

## SUMMARY OF EVENT:

On October 8, 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Michael Montevidoni received information from ████████████████

## NARRATIVE:

1. On October 6, 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Michael Montevidoni received information from ██████████ via texts message.

2. On October 6, 2025, ██████████ sent Special Agent Montevidoni screenshots of a conversation on Messenger (Facebook Messenger) between him and RINDERKNECHT, between the dates of May 14, 2025 and September 22, 2025.

3. On September 21, 2025, ██████████ and RINDERKNECHT had a conversation via Messenger and make the following statements:

   - ██████████ asks RINDERKNECHT if he is currently living in Los Angeles or Flroida. RINDERKNCEHT replies "Florida atm but probably not for long"

     *Note: Special Agent Montevidoni is aware that "atm" is an abbreviation/slang for at the moment*

   - ██████████ asks RINDERKNECHT "where are you going?"  RINDERKNECHT replies "Not set just yet, sf, la, or bali or malaysia"  RINDERKNECHT also states "I have job and place and friends waiting in bali"

   - ██████████ states "stay away from the bad people" to which RINDERKNECHT replies "Yeah Thad be the females in my family"

## ATTACHMENT:

1. Copy of screenshots sent from ████████████

| Prepared by:<br>Michael Montevidoni | Title:<br>Special Agent | Signature: | Date:<br>10/20/2025 |
|---|---|---|---|
| Authorized by:<br>Michael Cote | Title:<br>Acting Group Supervisor | Signature: | Date:<br>10/21/2025 |
| Second level reviewer (optional): | Title: | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

11:27

 **Jon Rinder**

Jon are you in LA or Florida? I spoke to your dad of course. He said you were considering going to FL?

Well I've been working out a ton. Trying to get a really flat stomach.

👍

Some weeks I'm on but some weeks I'm off. It's difficult to be consistent but I'm determined.

↩ Jon replied to you

Jon are you in LA or Florida? I spoke to your dad of course. He said you were consideri...

Florida atm but probably not for long

↩ Jon replied to you

Some weeks I'm on but some weeks I'm off. It's difficult to be consistent but I'm determined.

Balance routine Monsieur

Yeah I told him that wasn't a good idea. I lived there so I didn't think it was a good fit for you. Where are you going?

Not set just yet, s.,,a or bali

Aa

11:27

**Jon Rinder**

Not set just yet, sf, la or bali or malaysia

Floridas not my cup or anything

> Gosh I hope you don't move to Bali or Malaysia Jon

Besides miami

> Maybe in twenty years but not now

> If I were you just focus on saving up your money. You are great at that. Better than me actually.

> Get back into the gym

I have job and place and friends waiting in bali

> Eat healthy

Optional

↩ You replied to Jon

I have job and place and friends waiting in bali

> You do?