# EXHIBIT C

U.S. Department of Justice  
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: <br> Palisades Fire | Investigation Number: <br> ███ | Report Number: <br> ███ |
|---|---|---|

**SUMMARY OF EVENT:**

On October 7, 2025, Special Agent/Certified Fire Investigator Matt Beals conducted a custodial interview of Jonathan RINDERKNECHT. SA/CFI Beals transported RINDERKNECHT to the Seminole Couty Jail at the conclusion of the interview.

**NARRATIVE:**

1. On October 7, 2025, at approximately 1230 hours, Special Agent/Certified Fire Investigator (SA/CFI) Matt Beals conducted a custodial interview of Jonathan RINDERKNECHT at the West Melbourne Police Department (WMPD). RINDERKNECHT said, "Hi Matt" when he first saw him as he walked from a holding cell to the interview room.

2. SA/CFI Beals removed RINDERKNECHT's handcuffs. RINDERKNECHT was given a bottle of water, which he possessed throughout the interview. SA/CFI Beals advised RINDERKNECHT that he was under arrest for violating Title 18, United States Code, Section 844(f)(1) – Destruction of Property by Means of Fire, which, he explained, was commonly referred to as arson.

3. SA/CFI Beals read ATF Form 3200.4 – Advice of Rights and Waiver to RINDERKNECHT and allowed him to read along. RINDERKNECHT acknowledged that he understood the form and initially stated that he would rather not speak about anything. However, RINDERKNECHT continued speaking with SA/CFI Beals.

4. SA/CFI Beals started to tell RINDERKNECHT that it was his prerogative not to speak with SA/CFI Beals. However, RINDERKNECHT interrupted, continued to speak with SA/CFI Beals and asked him a question related to the interviews of his parents in France.

5. RINDERKNECHT asked, "What's the point of me sharing anything with you?" He then stated, "I'm just giving you leverage against, against me." RINDERKECHT also stated, "It's like whichever I, I, I don't feel like there's anything that I can tell you and nothing has changed that. Like, but I don't feel like, regardless if something had changed, there's nothing I can tell you that's."

| Prepared by: <br> Matthew Beals | Title: <br> SA | Signature: <br> *[signed]* | Date: <br> 10/21/2025 |
|---|---|---|---|
| Authorized by: <br> Michael Cote | Title: <br> Acting Group Supervisor | Signature: <br> *Michael G. Cote* | Date: <br> 10/22/2025 |
| Second level reviewer (optional): | Title: | Signature: | Date: |

6. RINDERKNECHT told SA/CFI Beals that he did not feel SA/CFI Beals was on his (RINDERKNECHT's) "side." RINDERKNECHT stated, "Well, that, that would, that us, you're not on my side, dude. You know what I mean? Like, you're not on my side. You have never been on my side. This is what I got wrong the whole time."

7. RINDERKNECHT stated he did not think anything was going to change. SA/CFI Beals replied, "Yeah. But that's all I'm asking. Right. And even if you, if you don't have any details that you want to share, I think if I heard you correctly, you're saying like, yeah, but nothing has changed from once, from what I (RINDERKNECHT) told you back in January to now. Is that fair? I mean, is that, that's it. Thumbs up." RINDERKNECHT gestured a thumbs-up signal with his left hand, which confirmed that nothing had changed from his January statement to the day of his arrest.

8. RINDERKNECHT stated he thought that investigators learned something after collecting a sample of his DNA that would have led to an apology. SA/CFI Beals advised that his DNA was connected to a lighter that was recovered. RINDERKNECHT replied, "Okay dude, why are we even talking? Okay, that's fine. I'm not talking about that (laughing)."

9. RINDERKNECHT provided a lengthy explanation related to his feelings and how his feelings and paraverbal and nonverbal communications could be viewed the same as that of a guilty person. RINDERKNECHT stated, "So then you look dishonest because you're overthinking the whole thing."

10. RINDERKNECHT advised SA/CFI Beals he was planning to move back to Los Angeles, California, in part, because he brother, David (Rinderknecht), moved to France. RINDERKNECHT also expressed his displeasure with residing in Florida and, at one point, said, "I think that this (Florida) feels a whole lot more like America."

11. RINDERKNECHT stated he did not remember the song he was listening to on New Year's Eve. SA/CFI Beals reminded him that Josman's *Un Zder, Un The* was captured on the screen recording he (RINDERKNECHT) made with his phone on January 1, 2025.

12. SA/CFI Beals played a portion of the song, which RINDERKNECHT heard and confirmed was a song with which he was familiar. RINDERKNECHT translated parts of the song, which was recorded in the French language. RINDERKNECHT described the song as "positive."

13. RINDERKNECHT reiterated that David, his brother, and family recently moved from Florida to France. RINDERKNECHT then stated that he was not sure if he was going to move back to Los Angeles or to France.

14. According to RINDERKNECHT, he also considered moving to Bali, Indonesia because a friend who owned a restaurant offered him a job there. RINDERKNECHT stated he and his unnamed friend used to work at Moonshadows Malibu before it was destroyed by the Palisades Fire. RINDERKNECHT told SA/CFI Beals that his friend wanted RINDERKNECHT to move to Bali and work with or for him. RINDERKECHT stated he would most likely work as a bartender. However, RINDERKNECHT added that he would have to visit Bali first before making any such decision.

15. RINDERKNECT told SA/CFI Beals he did not plan on running (fleeing arrest) and indicated he was not surprised by getting arrested. He then offered SA/CFI Beals to check his phone, which would have reportedly shown he typed in directions to WMPD before being stopped and arrested. SA/CFI Beals requested the code to RINDERKNECHT's phone later in the interview, which RINDERKNECHT declined to provide.

16. RINDERKNECHT asked that his vehicle not be towed and that Leah Wassef (Rinderknecht), his sister, be allowed to take it. RINDERKNECHT confirmed he possessed a loaded .380 caliber magazine, which remained inside his vehicle.

17. SA/CFI Beals and RINDERKNECHT discussed the firearm that corresponded to the .380 caliber magazine recovered from RINDERKNECHT's front pocket. According to RINDERKNECHT, the firearm was in a safe location, which he eventually identified as the garage. RINDERKNECHT claimed neither his niece nor his nephew would be able to access the firearm.

18. RINDERKNECHT stated he recently rented a self-storage compartment, which, he implied, was where he planned to store his firearm.

19. SA/CFI Beals reminded RINDERKNECHT that it was unlawful to provide false statements to a federal agent during the course of an investigation. RINDERKNECHT stated that he understood.

20. According to RINDERKNECHT, his father (Joel Rinderknecht), sister (Leah Wassef (Rinderknecht)), brother-in-law (Karim Wassef) and their children left the house at 4129 Alligator Flag Circle because they felt unsafe with RINDERKNECHT in possession of a firearm. RINDERKNECHT also said Leah called the police in reference to his possession of a firearm.

21. RINDERKNECHT stated his father came from France to be with Leah because she was recently diagnosed with breast cancer.

22. RINDERKNECHT stated he purchased the pistol a "few weeks" prior to the date of this interview. According to RINDERKNECHT, he purchased the firearm for a few reasons, i.e. his interactions with Seth (a neighbor from his apartment complex in Los Angeles), Florida residents do not pay sales tax on firearms and Karim.

23. RINDERKNECHT said, "Um, Karim made, but, well, because he, dude, I don't, I don't want to say anything that, no." While he did not elaborate, RINDERKNECHT confirmed something happened between him and Karim that prompted RINDERKNECHT to purchase the firearm.

24. RINDERKNECHT stated the police were called on September 25, 2025, because Leah and Karim did not feel safe with him having a firearm in their house. RINDERKNECHT claimed he offered to have he and Leah's father hold the firearm, but that never occurred. RINDERKNECHT stated Leah, Karim and their children moved out of the house recently because of RINDERKNECHT's possession of the firearm.

25. SA/CFI Beals asked, "And so when you were up on the hill that night, how many cigarettes did you smoke?" RINDERKNECHT replied, "I'm not gonna talk about that."

26. SA/CFI Beals explained the booking and court processes to RINDERKNECHT. SA/CFI Beals asked if RINDERKNECHT needed to use the restroom, to which RINDERKNECHT replied he would eventually. RINDERKNECHT stated he had not eaten anything that day and was potentially hungry. RINDERKNECHT provided a list of prescription medications that he consumed, which are detailed below.

Table 1     RINDERKNECHT's Prescription Medication Information

| Medication | Treatment | Dosage | Frequency |
|---|---|---|---|
| Propanolol | Betablocker | 10mg | Two times daily |
| Vyvanse | ADHD | 50mg | One time daily |
| Trazadone | Sleep/Serotonin Monitor | 50mg | One time daily |
| Adderall | ADHD | 20mg | One time daily |

27. RINDERKNECHT confirmed that he smoked marijuana, but denied using any other kind of street drug. He estimated his most recent marijuana consumption was a "few weeks back."

28. RINDERKNECHT asked, "What would you be looking for 'cause you, you really look at my facial expressions. Like if I were to, like, for a person who's lying, what would you be looking for, if you don't mind me asking?"

29. RINDERKNECHT stated he preferred that Leah take possession of his vehicle and asked that it not be towed. RINDERKNECHT refused to provide the code to access his phone when asked.

30. SA/CFI Beals asked, "The, uh, the fire, you wanna tell me why you started it?" RINDERKNECHT shook his head in the negative.

31. At approximately 1:19 PM, SA/CFI Beals handcuffed RINDERKNECHT's hands in front of his body. SA/CFI Beals departed the interview room and was replaced by Officer Butler. Officer Butler sat with RINDERKNECHT in the interview room for approximately twelve minutes until he placed him in an adjacent holding cell.

32. The video and audio recordings from RINDERKNECHT's interview were assigned Spartan ID 229 and evidence.com serial numbers A8ATC (video recording) and A8AJ0 (audio only).

33. RINDERKNECHT was transported from the aforementioned holding cell and into SA/CFI Beals' vehicle. SA/CFI Beals drove RINDERKNECHT from WMPD to Seminole County Jail (SCJ) with SA Montevidoni trailing in a vehicle behind. SA/CFI Beals used a digital recorder to document the trip from WMPD to SCJ.

34. RINDERKNECHT discussed the price of gasoline in Florida compared to California. He and SA/CFI Beals also discussed RINDERKNECHT's electric vehicle. SA/CFI Beals then reminded RINDERKNECHT that he did not have to speak with him and that the waiver of rights form he signed inside the police station still applied.

RINDERKNECHT stated that he understood. RINDERKNECHT added, "I, I'll know what question to tell you I don't wanna talk about that or not."

35. RINDERKNECHT explained that he had a charging station installed inside the garage at Leah and Karim's house, which he used to charge his electric vehicle. RINDERKNECHT stated that it cost him $9.00 to go 300 miles and that living in Florida cost approximately one-third the price compared to California.

36. RINDERKNECHT reiterated that he wanted Leah to take possession of his vehicle rather than having it towed.

37. RINDERKNECHT discussed Florida's weather, traffic and road construction.

38. RINDERKNECHT confirmed that Leah contacted police about his possession of a firearm within the last few days. According to RINDERKNECHT, police officers asked if he supported President Trump. At one point RINDERKNECHT stated, in what seemed to be a sarcastic tone, "Hail Trump, Hail Trump."

39. RINDERKNECHT stated he was unaware of Presidential libraries or that President Trump was having his built in Miami, Florida or that former President Obama was having his built in Chicago, Illinois.

40. According to RINDERKNECHT, his father, who lived in France, recently visited him and Leah. Regarding the visit, RINDERKNECHT stated, "Yeah except, yeah. I really wanted to see him, it was not exactly, I know, wasn't really blaming him for it, but my sister basically kind of imposed putting him in a place of being a mediator in the situation we ran."

41. SA/CFI Beals exited Interstate 95 and stopped at the Chick-fil-a located at 8300 N Wickham Road, Melbourne, Florida 32940. SA/CFI Beals purchased lunch for himself and RINDERKNECHT using the drive through. RINDERKNECHT ordered and received chicken nuggets, fries and a sunjoy.

42. According to RINDERKNECHT, he did not have a social circle in Florida while they waited in the drive through line and for SA Montevidoni, who was in the vehicle behind them. RINDERKNECHT explained that he tried to connect with his two brothers and two sisters, all of whom resided in Florida, until David, one of his brothers, recently moved back to France.

43. SA/CFI Beals returned to Interstate 95 and proceeded directly to SCJ once SA Montevidoni was ready.

44. RINDERKNECHT agreed that most of the people in Florida were extremely nice. However, he noted, "I've had some altercations, but overall, yeah, no. Overall, like that's what I was, that's how I felt (Floridians were nice) when I got here."

45. RINDERKNECHT stated he was considering moving to San Francisco, California and added that the move would have to make financial sense.

46. RINDERKNECHT stated that Leah worked for NASA in an administrative or accounting capacity. He stated Karim worked in the cyberspace or cybersecurity field.

47. RINDERKNECHT asked, "What's the worst case scenario, but I'm not sure I want to know. I don't wanna be scared, but I guess it is what it is. Tell me (laugh). Well, if you don't mind." SA/CFI Beals explained that his current charge was punishable by a five year sentence. RINDERKNECHT then asked, "So why did they come to decide to actually press charges, you know, or like sue me or whatever's happening?" SA/CFI Beals explained that he was not being sued but charged with a crime, to which RINDERKNECHT replied, "That's interesting."

48. SA/CFI Beals explained some of the evidence in the case and included Leah's statement to police that RINDERKNECHT threatened to set fire to her house. SA/CFI Beals clarified, "She (Leah) told the police that you were gonna, you had threatened to burn their house down and that you had threatened to shoot Karim." RINDERKNECHT replied, "But that's not true. Neither of these things are true. That's not at all. It's crazy. That's crazy. That's just crazy. The only thing, literally, you know, the, the, the other people have lost their cool. And even in those moments, like the end is just a protective measure of, oh, you know, if you're going too far, it's like, hey dude, like don't actually talk to me like back up. Right?"

49. SA/CFI Beals assured RINDERKNECHT that Leah told police he threatened to set fire to her house. RINDERKNECHT replied and stated that he knew SA/CFI Beals was allowed to lie to him and expressed doubt in that his sister would make such a claim.

50. SA/CFI Beals and RINDERKNECHT engaged in the exchange below.

| | |
|---|---|
| SA/CFI Beals: | *Yeah. That you threatened to burn the house down. But those things, Jon, are not, not what led to the arrest warrant. It's the, excuse me, it's the completion of the investigation into the Lachman Fire. And the Lachman Fire, which was the January 1st fire is what started the seventh or the Palisades Fire.* |
| RINDERKNECHT: | *So you guys are trying to charge me with like the whole fricking California, or* |
| SA/CFI Beals: | *Not the whole California, no, just the Palisades. But the January 1st and 7th fires. Yes. That's, you're responsible, that's what you're being charged with. And the land where the fire began on New Year's Day is a piece of land is owned by the Mountains Recreation Conservation, uh, Association, MRCA and MRCA receives federal funding. So that is the charge on, on your warrant right now.* |
| RINDERKNECHT: | *MRCA?* |

SA/CFI Beals: *Yeah.*

RINDERKNECHT: *Is that the conversation of all that area that burned down and all that?*

SA/CFI Beals: *They own the piece of land where you started the fire. And because that organization receives money from the federal government as part of its funding, that a violation of Title 18, United States Code, 844(f), which is the charge listed on your, on your warrant right now. And, as I said back in January, you know, it's one thing to have the fire department thought the fire was out.*

RINDERKNECHT: *Wait, it was never out for seven days?*

SA/CFI Beals: *When you have a fire in wildland like that, you have a couple things that can happen, that do happen. The fire can get into the root structure of plants and you can also have, you know, it's called ember cast, which is when flaming embers are projected through the winds and they land in vegetation and they can just kind of like skunk around for lack of a better description. And then on the seventh when there was, and then on the seventh when the winds picked up, you know, and, and in conjunction with the dry vegetation basically exposes that what's already been charred. It's just kind of smoldering or, or punking around. And with that fresh kind of direct infusion of oxygen and having any dirt or silt or soot, you know, blown off, then it, then it reignites. And that's, that's what happened in this case. Now that's not, it doesn't mean you're responsible for all four fires that happened on January 7th. The other what we call like they're uncommunicated, but there's no, there's no connection between the Palisades Fire, the other three fires that occurred on the same day.*

RINDERKNECHT: *She (Leah) did that on purpose man.*

SA/CFI Beals: *What's that?*

RINDERKNECHT: *She did that on purpose.*

SA/CFI Beals: *What do you mean? What do you mean? She did this on purpose?*

51. Approximately six minutes passed without RINDERKNECHT saying anything until he asked, "So, what's new with you Matt, you have dogs?"

52. After a brief conversation about dogs, RINDERKNECHT asked about SA/CFI Beals' trip to France where he observed interviews of RINDERKNECHT's parents. SA/CFI Beals explained that a certain region near where RINDERKNECHT lived had a problem with wildland fires in the past.

53. SA/CFI Beals explained that his observation of RINDERKNECHT's parents' interviews were insightful and that it sounded as though RINDERKNECHT had a difficult December 2024. RINDERKNECHT replied, "Serious stuff. Yeah, I was gonna say because (inaudible) more, you know, respect in that sense. You know, I feel like it's kind of like that was missing, for example, in this situation, right? It's the lack of just like, to an extent respect the other people."

54. RINDERKNECHT went on to say that he would have preferred to be called to a police station like his parents were rather than having been contacted at his home or through a traffic stop. SA/CFI Beals explained that sometimes people were not quite as cooperative or willing to come to a police station and answer questions. RINDERKNECHT replied, "I I, I figured it's what was happening, but at the same time, initially I was gonna be like, 'Hey, do you just wanna like come to the house?' whatever."

55. SA/CFI Beals inquired with RINDERKNECHT and asked about the selfies he took inside his apartment on December 31, 2024. RINDERKNECHT replied, "Matt, what kind of question is that? Matt, come on, bro. Like, dude, do you hear yourself, what, what is up with this day in your life? Why were you taking selfies? I mean, come on bro (laugh)."

56. RINDERKNECHT and SA/CFI Beals continued their conversation about the selfies as referenced below.

| | |
|---|---|
| SA/CFI Beals: | *Well, the reason I ask is because the, the lighter that was found in your car is the same lighter that's on the table while you're taking selfies in the background.* |
| RINDERKNECHT: | *Okay (laugh).* |
| SA/CFI Beals: | *That's,* |
| RINDERKNECHT: | *Why would that be the reason I'm gonna follow your train of thought wasn't what do you what now? What's the reason? Like why, why, because you're saying the reason is because this, why would that be the reason?* |
| SA/CFI Beals: | *Oh no, I was just curious. I don't think you realized that lighter was in the background when you were taking the selfies. So I was just curious as to why you were taking the selfies. That's all.* |

> RINDERKNECHT: *I need to make sure I didn't forget my face. You don't, I know you don't do it, so don't pretend you understand (laugh). Right.*

57. SA/CFI Beals asked RINDERKNECHT about the resolution with Seth, his former neighbor in Los Angeles. According to RINDERKNECHT, Karim and Leah, convinced him to let it go. However, RINDERKNECHT stated that he intended to pursue a lawsuit or charges against Seth for "solicitation of prostitution and offering of crack."

58. RINDERKNECHT confirmed that his first interaction with Seth occurred when he used two of his cellular phones, one to record the event and the other to call Katie (Allen).

59. RINDERKNECHT then explained that a second, unspecified, event occurred with Seth, after RINDERKNECHT's January 24, 2025, interview wherein Seth was reportedly arrested. However, RINDERKNECHT provided no additional details.

60. SA/CFI Beals revisited an earlier topic that was related to RINDERKNECHT's statement that he thought Leah did something to him on purpose. RINDERKNECHT replied, "I'm not going to talk about it."

61. According to RINDERKNECHT, his parents and siblings told him they thought investigators were dishonest with all of them. RINDERKNECHT stated their reported beliefs were based on the manner in which questions were asked of them. RINDERKNECHT also stated Joel, his brother who used to work in law enforcement, recommended that none of them speak with investigators.

62. RINDERKNECHT initially claimed he never told his family members not to cooperate with law enforcement. SA/CFI Beals questioned RINDERKNECHT about telling one of his sisters not to cooperate. RINDERKNECHT provided the response below.

> *No, your logic doesn't make sense as if fact what I just literally told you that's not true. In your situation, would you advise, uh, if, if, would you advise your family to talk to, like if you had your, your wife that's going through whatever, and would you tell her? Yeah, if you talk to them, it's fine. Like just tell them whatever it is. Like, you know, or I, I the experience, you can't understand that basically there is no possibility for a good outcome. The, the, the best outcome that you can get out of talking to them is gonna be equal, if not only better to the outcome that you're gonna get from not speaking to them at all. Right. You can only negatively affect the situation.*

63. RINDERKNECHT then professed his innocence for the first time since being arrested and added the response below.

> *So if you guys are insisting going all over the planet to speak to people, it's like you're trying to paint a narrative. And it's like, if you're trying to do so, and that's not, not the real, real narrative, the less we talk to you, the less we're gonna be able to help you paint that picture that's not existent. Since it doesn't exist in the first place, the best thing we can do is just not talk to you. To me, it's logical.*

64. RINDERKNECHT continued and stated he struggled to be genuine when interacting with investigators.

   *Well, what I did was just to be open and genuine about who I was, and it got in a place where people had a perception of me that was different from the reality. So I was telling you earlier, I feel like I can't put you in a place where you can feel psychotic because you're like, oh, I can't, I can't, can I not be myself because I'm being myself. And then the reality is not being perceived as the reality. So like, what do I need to do? But then if you overthink how you're acting, then that doesn't come off as being authentic.*

   *So, yeah. That's the problem. It's like you, you slip away from, from na from from naturalism, if that's even a word. But like from things just being natural, that's also what, just these interactions with you guys like, it so weird to you. Nothing's natural. It's all, it's, it's all in a sense. Manipulative, careful.*

65. SA/CFI Beals asked RINDERKNECHT to explain what he meant by being unnatural and manipulated, but RINDERKNECHT chose not to provide an answer. RINDERKNECHT then stated there was an explanation for the dystopian art that depicted part of a city burning he caused Chat GPT to generate, but refused to elaborate.

66. RINDERKNECHT described himself as lacking intelligence, which prompted the exchange below.

   SA/CFI Beals: *You're plenty smart, that's for sure.*

   RINDERKNECHT: *I'm not, I'm obviously not. I'm obviously not.*

   SA/CFI Beals: *Well, that's true to an extent. I'll give you that credit because to take your phone up there and do that stuff is,*

   RINDERKNECHT: *To do what?*

   SA/CFI Beals: *To go on that hill and start a fire. Have your phone up there plotting your latitude, longitude and altitude.*

   RINDERKNECHT: *What are you talking about Matt?*

   SA/CFI Beals: *I'm being as real as it can get. If you're smart, but then you're not smart because you took your phone up there when you started that fire, that was a mix up. That was a mess up. That was an error.*

   RINDERKNECHT: *(unintelligible) yeah, I know.*

   SA/CFI Beals: Right? *I mean, that an error, it's,*

   RINDERKNECHT: *It's not just right through, none of what you're saying is (unintelligible).*

67. RINDERKNECHT changed the topic and asked if they were going to Orlando.

68. RINDERKNECHT denied being subject to an eviction process that was initiated by Leah and Karim. According to RINDERKNECHT, Leah and Karim prompted him to move in with them in Florida. However, RINDERKNECHT claimed he already had plans to move out of California in order to be closer to family.

69. RINDERKNECHT described being pressured by Leah to move in with her and Karim in Florida.

*It's like you think about everything and then a few minutes later he goes, oh, where's this dude? Right. Right. You have full list. Full. Right. So full. But she started saying things like, oh, you know, you just, you're gonna finally accept the help or you're gonna keep just doing what you've been doing your entire life, like on your own, blah, blah, blah. And she said a lot of things that were really like, oh look, nobody else is gonna help you, but then I'm like, I don't, I don't need help with anything. There are few other people that would help if I need it, but I don't.*

70. RINDERKNECHT stated he was the best he's ever been since living in Florida. He continued talking about the housing situation with his sister and moving out.

*Outside of the situation right now that is dramatic and I understand you're being knocked at your door, but like, this is not like, you know, she's treating me like it's charity. Like, like, you know, almost like I'm homeless. Like, okay, we're the only one that'll take you. You know, like, just take the hand. Right. And I'm like, I don't, I'm, I'm fine with, you know, I don't need any of that. I don't need financial support or it or whatever it is. But I do want to, you know, be with family. This is the different, this is what I was telling you guys, you know, uh, so, but this is the thing if I do, uh, this is what I expressed. I thought my other sister was also pulling me. She was like, oh, no, no, no. Both of 'em are trying to. And so I explained, okay, well, you know, it is the plan. It will happen, but it just needs to happen like, um, in the right way. So when I'll be able to have my own apartment out there, right.*

*And everything be settled out there (California), then I will move. But I don't want to be dependent and live in your house. I don't want to, like right now, I had just tried to move Matt to another apartment, um, like a few weeks before that. And I could not, uh, get in there, although I had everything that I needed to. But the problem is I was doing a lot of different gig work, frankly, Uber or Door Dash. And they all have their own credit cards to their own bank accounts. So when I'm submitting my pay stubs to get an apartment, it's just very sketchy 'cause you have like seven different bank accounts. And I didn't realize this because I never had to get an apartment before, or when I did, when I did, I was working a normal job. So I was just getting the pay stub easy. I had three times the rent I was in. So anyways, all this to say that I hadn't realized that right now, I could not just move into an apartment if I felt like it.*

71. RINDERKNECHT continued to talk about his relationship with Leah and described her as really persuasive. RINDERKNECHT stated that Leah also gave him specific assurances that included her help in getting him moved, which ultimately became a stressor in their relationship.

72. RINDERKNECHT described being frustrated with Leah and Karim while residing in their home because they did not listen to him. RINDERKNECHT also stated he felt neither Leah nor Karim believed anything he said.

73. RINDERKNECHT told SA/CFI Beals that Leah and Karim were not on the same page. He then explained that he had never had an issue or argument with Karim, which inferred that those things only occurred with Leah. RINDERKNECHT stated that he would eventually "blow up" because of feeling dismissed or unheard by Leah and Karim. RINDKERKNECHT explained the significance of his need to feel heard and valued.

74. RINDERKNECHT then returned to the original question, which related to being evicted by Leah and Karim.

> *Um, but I mean, I don't even know what your question is, man. Just saying what's the, the issue with them? Oh, the eviction. Well, that's the thing is that they stopped respecting their word. We got to the point, or listen, and I was dealing with their, okay, your behavior, it's not your behavior. I'm never trying to, I always try to express things in such a way, or I'm delicate with people's ego, I'm delicate people thing, right. So I'm like, you know, like these things that you're saying, I'm, I'm not even saying that I'm right for feeling the way that I'm feeling about what you're saying. Right. That's the extent of which I'm going. I'm not saying that I'm right for feeling bad about what you said <laugh>. I'm just saying that it makes me feel this way. And, you know, for my health and for my longevity and my balance, you know, continuously being treated as, right. Just, you know, establishes a lower self-esteem of yourself. Right. And so, you know, this is why I'm just bringing it up to you. I'm not attacking what you do. I'm not saying you shouldn't do anything differently. I'm not even, I'm not looking for an apology. That's thing. I'm not looking for anything. I'm not, I'm just would like to let you know, because to me it's like we're a team to an extent. It's like, if you know what you know, then we can both, you know, be better support towards each other. But it's like, it, it can never, it's so hard, Matt, to have that you taking as something that people don't take personally. I swear it is so hard, no matter how much you prepay it. No matter how much you go, no matter how much, like, it'll come down to them being like, oh, like you're attacking my personality for saying that. Like, I said this and it was like, you know, rude or something like, it's like, no, no, no.*
>
> *I might be wrong, you know, I'm sorry for, for potentially feeling the way I do for which type, but I'm just saying, when you behave this way, it makes me feel, you know, this type of way. Whichever.*
> *Um, again, I'm not saying to, you know, and it's like it, but so on the phone with her for the, before I came here, she kept being like, so like defensive. And I'm like, Leah, why do you think I'm calling you?*

75. RINDERKNECHT talked about the differences he perceived between an argument and a discussion as they related to his relationship with Leah. He described Leah as being "passive-aggressive" and feeling "mocked" by her.

76. According to RINDERKNECHT, Leah and Karim went back on what they told him about helping him move. RINDERKNECHT stated Leah and Karim refused to cosign on an apartment lease for him in San Francisco, California. RINDERKNECHT claimed they would only cosign on apartment for him in Florida. In summary, RINDERKNECHT stated he could no longer afford to live independently in California and felt stuck in Florida because of Leah and Karim.

77. RINDERKNECHT told SA/CFI Beals that he was not "super close" to his siblings and reminded him that David recently moved to France. He then added what follows about Leah.

> *And then I have her now doing this and, but she tries to like, impose it so aggressively. It's so aggressive. She's so aggressive. She's like, I'll do this by this thing or you're out, or we evict you or this, or I'm like, stop, stop.*

*No, just stick to your promise. Stop. Like, why are you treating me like that*?

78. According to RINDERKNECHT, Leah was always "aggressive" or "assertive" and it had nothing to do with her recent cancer diagnosis.

79. RINDERKNECHT acknowledged that Lydia Rinderknecht, another sister, also resided in Florida. However, when describing his relationship with Lydia, RINDERKNECHT stated, "I don't even try."

80. RINDERKNECHT confirmed his other brother, Michael Rinderknecht, was a former police officer who resided in Albuquerque, New Mexico.

81. Approximately two hours after leaving WMPD, SA/CFI Beals drove his vehicle into SCJ's sallyport and was followed by SA Montevidoni. SA/CFI Beals and SA Montevidoni transferred RINDERKNECHT to SCJ personnel without incident. SA Montevidoni maintained RINDERKNECHT's possessions.

82. The audio recording from RINDERKNECHT's transport from WMPD to SCJ was assigned Spartan ID 230 and evidence.com serial number A8RC1.

Table 2   Filename, Spartan ID and Evidence.com Serial Number for SA/CFI Beals Interactions with RINDERKNECHT

| Filename | Spartan ID | Evidence.com Serial Number |
|---|---|---|
| 251007_0189.MP3 | 229 | A8AJ0 |
| PD-BookingInterviewRoom_20251008_11_48_53.mp4 |  | A8ATC |
| 251007_0192.MP3 | 230 | A8RC1 |