**EXHIBIT E**

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>Palisades Fire | Investigation Number: | Report Number: |
|---|---|---|

**SUMMARY OF EVENT:**

On October 7, 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Michael Montevidoni and Los Angeles Police Department (LAPD) interviewed ▮▮▮▮▮▮ when returning Jonathan RINDERKNECHT's property after his arrest.

**NARRATIVE:**

1. On October 7, 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Michael Montevidoni and Los Angeles Police Department (LAPD) interviewed ▮▮▮▮▮▮ when returning Jonathan RINDERKNECHT's property after his arrest.

2. On October 7, 2025, after the traffic stop and arrest of RINDERKNECHT just before the intersection of Shallow Creek Boulevard. and Norfolk Parkway, investigators moved RINDERKNECHT's vehicle (silver Volkswagen Tiguan bearing Florida license plate ▮▮▮▮▮▮ in order to not block the flow of traffic. The aforementioned vehicle was moved from the road on Shallow Creed Blvd. to the parking lot, in close proximity of the arrest location, of The Club at Sawgrass Lakes, located at 778 Shallow Creek Blvd., West Melbourne, FL 32904. A tow inventory of the vehicle was conducted.

   *Note: Reference ATF Report of Investigation (ROI) #318 documenting the tow inventory. During the tow inventory of the vehicle, Special Agent Montevidoni did not notice the odor of cigarettes and did not observe cigarettes, ash trays or smoking paraphernalia. Special Agent Montevidoni observed a green Bic mini lighter in the center console of the vehicle.*

3. Upon completion of the tow inventory, Special Agent Montevidoni took custody of the items seized as evidence (ATF Items #231-234) and RINDEKRNECHT's wallet (containing RINDERKNECHT's Florida driver's license, various cards and U.S. currency) and car keys, which were to later be given to ▮▮▮▮▮▮, at the request of RINDERKNECHT. Special Agent Montevidoni locked the vehicle and left the vehicle temporarily parked at The Club at Sawgrass Lakes, until Special Agent Montevidoni could meet with ▮▮▮▮▮▮ to return the wallet and car keys.

4. Later that day on October 7, 2025, Special Agent Montevidoni and LAPD Detective Casalicchio traveled to ▮▮▮▮▮▮, West Melbourne, Florida to meet with ▮▮▮▮▮▮.

| Prepared by:<br>Michael Montevidoni | Title:<br>Special Agent | Signature: | Date:<br>10/16/2025 |
|---|---|---|---|
| Authorized by:<br>Armando Ochoa | Title:<br>Resident Agent in Charge | Signature: | Date:<br>10/17/2025 |
| Second level reviewer (optional): | Title: | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

*Note: This address is where ▮▮▮▮▮ and her family have been residing since having to move out due to threats by RINDERKNECHT. Reference ATF ROI #307, 311 documenting the review of West Melbourne Police Department body-worn camera video.*

5. Special Agent Montevidoni and LAPD Detective Casalicchio knocked on the door of the residence. ▮▮▮▮▮ answered the door and the following audio-recorded interview was initiated at approximately 6:48pm (ET).

6. Special Agent Montevidoni introduced himself and identified himself as an ATF Special Agent. LAPD Detective Casalicchio had already spoken to ▮▮▮▮▮ earlier that day (October 7, 2025).

   *Note: Reference the LAPD Report documenting the interviews of Leah and Karim Wassef earlier that day.*

7. Special Agent Montevidoni requested that ▮▮▮▮▮ maintain control of RINDERKNECHT's vehicle for safe keeping, to which she agreed. Special Agent Montevidoni advised her that RINDERKNECHT had manipulated the steering column of the vehicle and due to investigators having to search that area, investigators could help them ensure that the vehicle started properly.

8. ▮▮▮▮▮ asked if investigators had pictures of RINDERKNECHT's firearm that was recovered from the garage to ensure there were no other firearms in the residence, for the safety of her children.

9. Special Agent Montevidoni provided ▮▮▮▮▮ with RINDERKNECHT's wallet, explaining that Special Agent Montevidoni did not want to leave it in the vehicle in case someone were to break into the vehicle.

   *Note: No documentation of the contents of the wallet were taken by Special Agent Montevidoni. The wallet was discovered within RINDERKNECHT's vehicle and provided back to ▮▮▮▮▮ in the same condition it was discovered. Reference ATF Item #234 for the video documenting the search of RINDERKNECHT's vehicle in where the wallet is observed on the driver's seat of the vehicle.*

10. Special Agent Montevidoni and ▮▮▮▮▮ discussed RINDERKNECHT's court appearance and the anticipated date and time. RINDERKNECHT's possible detention was also discussed.

11. Special Agent Montevidoni asked if RINDERKNECHT stated that he would potentially burn the house down within a couple days of him moving in with her, to which she replied yes and that he got very upset with her regarding a previous vehicle accident he was in when working for DoorDash, stating that RINDERKNECHT is "very sensitive and volatile." ▮▮▮▮▮ stated that he was upset because he "literally had no money." ▮▮▮▮▮ stated that he was really angry and that it was within a few days (of moving in).

12. ▮▮▮▮▮ stated that if she did not co-sign an apartment for RINDEKRNECHT in San Francisco and give him $25,000 that he stated he would not leave her residence.

13. ▮▮▮▮▮ stated that RINDERKNECHT was hiding his possession of a firearm from her purposefully and because RINDERKNECHT feels that because he can't intimidate her husband (▮▮▮▮▮) that RINDEREKNECHT needs the firearm in case ▮▮▮ doesn't like him. ▮▮▮▮▮ confirmed that RINDERKNECHT is volatile stating "one day we are in love and one day we are not."

14. ▮▮▮▮▮ stated a term that was agreed upon between them for RINDERKNECHT to continue to live in the residence was for RINDERKNECHT to stay calm and see a psychiatrist, which he had seeing a psychiatrist.

Case 2:25-cr-00833-AH   Document 34-5   Filed 11/17/25   Page 4 of 5   Page ID #:225

| Title of Investigation: Palisades Fire | Investigation Number: ███ | Report Number: ███ |
|---|---|---|

15. ███ stated that RINDERKNECHT was on Vyvanse.

16. ███ stated that she could not trust RINDERKNECHT and called her father to come and try to help the situation.

17. ███ confirmed that RINDERKNECHT stated that RINDERKNECHT would kill ███ in self defense and stated that she was not sure what he (RINDERKNECHT) would consider as self-defense.

18. During an altercation regarding ███ recent ███ diagnosis, RINDEERKNECHT was screaming at her in front of her children and other children present in the residence. When ███ would not listen to RINDERKNECHT (regarding his request for her to become vegan to fight the ███ RINDERKNECHT stated to her five-year-old child that their mom (███ has cancer and is going to die. ███ left the residence after that point. ███ yelled at RINDERKNECHT and that is when RINDERKNECHT stated that he would kill ███ in self-defense. RINDERKNECHT's reason for not giving the gun back was because he (RINDERKNECHT) may have to use it. ███ offered RINDERKNECHT $15,000 and to pay two months rent for RINDERKNECHT to leave, but RINDERKNECHT stated that it was not enough.

19. ███ stated that she believes if he could be evaluated by a doctor, than that would be more indicative if he (RINDERKNECHT) is stable.

20. ███ confirmed that the last time she had seen RINDERKNECHT since she was previously interviewed by LAPD Detectives had been two years. LAPD Detective Casalicchio asked if there was a behavior change in RINDEKRNECHT between that time two years ago and now. ███ stated that RINDERKNECHT has had behavioral issues growing up and that she does not think that he started the fire in Los Angeles and has not shown previous behaviors related to arson.

21. ███ stated, "that's true he (RINDERKNECT) did burn a bible". She stated that she was not aware if RINDERKNECHT had a fireplace or any other details about it. She stated that RINDERKNECHT got rid of the bible because it had to do with their parents. She stated that RINDERKNECHT stated that he felt better after he got rid of the bible. She then asked if RINDERKNECHT burned the bible.

22. Special Agent Montevidoni asked if there was any mental decline or behavioral changes in RINDERKNECHT. ███ stated that he has a hard time with family because he feels judged and that is one of the things that is very triggering for him and referenced an issue with his sister (███). She stated that RINDERKNECHT showed up to ███ door at 1:00am because they were fighting. She stated that RINDERKNECHT did not care when asked to leave and ███ advised ███ to call the police. She stated that at that point, they asked RINDERKNECHT to leave their residence where he was residing. After that, there were no incidents until the September 19th incident with West Melbourne Police Department.

23. ███ stated that they "got him" in a very bad mental state (referencing when RINDERKNEHCT originally moved in with them). ███ then stated some of the things that RINDERKNECHT was going through in Los Angeles, but did not mention anything related to RINDERKNECHT's encounter with law enforcement related to the Palisades Fire investigation.

24. ███ stated that the firearm purchased by RINDERKNECT was not something in his things that he brought from Los Angeles, it was something that he was hiding purposefully from the family that he needed to use against the family in self-defense.

Page 3 of 4

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: Palisades Fire | Investigation Number: ▮ | Report Number: ▮ |
|---|---|---|

25. At the conclusion of the interview at approximately 7:13pm (ET), ▮▮▮ agreed for them to be taken to RINDERKNECHT's vehicle and drive it back to the residence. ▮▮▮ agreed to drive RINDERKNECHT's vehicle back to the residence. ▮▮▮ got into LAPD Detective Casalicchio's vehicle in order to be taken to the location of RINDERKNECHT's vehicle, so he (▮) could drive the vehicle back to their residence.

26. Upon arrival at the vehicle, ▮▮▮ took possession of RINDERKNECHT's vehicle's keys from Special Agent Montevidoni. ▮▮▮ then started the car and began driving away from the parking lot. Special Agent Montevidoni and Casalicchio departed the location.