# EXHIBIT F

| U.S. Department of Justice | |
|---|---|
| Bureau of Alcohol, Tobacco, Firearms and Explosives | **Report of Investigation** |

| Title of Investigation: Palisades Fire | Investigation Number: ▮ | Report Number: ▮ |
|---|---|---|

**SUMMARY OF EVENT:**

On September 26, 2025, Special Agent/Certified Fire Investigator (SA/CFI) Matt Beals received records from West Melbourne Police Department (WMPD) related to a call for service on September 19, 2025, that involved Jonathan RINDERKNECHT.

**NARRATIVE:**

1. On September 19, 2025, West Melbourne Police Department (WMPD) responded to a call for service at ▮ ▮ West Melbourne, Florida 32904 (WMPD Incident Number ▮). The call involved Jonathan RINDERKNECHT, ▮ and ▮.

2. On September 26, 2025, Brandi Bruch, Police Records Technician, WMPD, provided SA/CFI Beals with two body worn camera (BWC) video files related to the aforementioned incident. SA/CFI Beals impounded each file as referenced below.

Table 1   WMPD Incident Number 25-33666   BWC Files

| Filename | Spartan ID | Evidence.com Serial Number |
|---|---|---|
| ShelliGoldstein_202509192125_WFC1145744-1 | 226 | A0P2C |
| TimothyDAmbra_202509192125_WFC1053932-1 | | A0NZG |

3. WMPD Officers responded upon receiving a call for service from ▮. ▮ stated that he and ▮ owned the house at ▮, which is where RINDERKNECHT had resided for the last five months.

4. ▮ and ▮ described having been harassed by RINDERKNECHT and trapped in their own home. ▮ stated that he thought RINDERKNECHT was "off his meds right now" and had been yelling at ▮ for "48 hours." ▮ also stated, "It's been five months of like walking on eggshells."

| Prepared by: Matthew Beals | Title: SA | Signature: *[signed]* | Date: 10/09/2025 |
|---|---|---|---|
| Authorized by: Armando Ochoa | Title: Resident Agent in Charge | Signature: *[signed]* | Date: 10/09/2025 |
| Second level reviewer (optional): | Title: | Signature: | Date: |

| Title of Investigation: Palisades Fire | Investigation Number: ▓▓▓ | Report Number: 307 |
|---|---|---|

5. ▓▓▓ and ▓▓▓ told Officer Goldstein they wanted RINDERKNECHT to move out of their house. Officer Goldstein advised that RINDERKNECHT was considered a resident and conducting an eviction was the only way to get him to leave if he refused to do so on his own.

6. Officer Goldstein also advised that RINDERKNECHT did not qualify for hospitalization under the *Baker Act*. ▓▓▓ questioned what to do about feeling "unsafe." ▓▓▓ and ▓▓▓ then engaged the commentary below.

> ▓▓▓ *Because he told us before in one of the times that he's gonna break the house down.*

> ▓▓▓ *Yeah. He is gonna burn the house down.*

> ▓▓▓ *He's gonna burn the house down.*

7. Officer Goldstein explained to the ▓▓▓ that it was not unlawful for RINDERKNECHT to break his own things, however, arson was a felony and would be treated differently.

8. ▓▓▓ explained that she and ▓▓▓ offered RINDERKNECHT several thousand dollars to move out, but he refused. According to ▓▓▓ RINDERKNECHT wanted her, amongst other things, to co-sign for his apartment, but she and Karim refused.

9. Officer Goldstein monitored, at ▓▓▓ request, ▓▓▓ interaction with RINDERKNECHT.

> ▓▓▓ *I just wanted to reiterate that like, we're serious about, like, we just can't live together. Um, and we need, you need you to move out. Um, if you, if you do it willingly, we're willing to help you. But if you are not going to do it, then,*

> RINDERKNECHT: *Why would I not do it willingly?.*

> ▓▓▓ *Because you haven't so far.*

> RINDERKNECHT: *And because you need to haven't so far you told me that I can stay here and you guys not have been acting in such a way or you want me to stay here. Is this something that happened in the last two days or is this like consistently us like getting in this situation?*

> ▓▓▓ *No, but we, we had it in June and you agreed that you would move out, but then you calmed down and,*

> RINDERKNECHT: *But you also promised that you would co-sign and then you changed.*

> Officer Goldstein: *Hey Johnny, let her finish her statement really quick. Okay.*

> ▓▓▓ *I didn't, uh, we didn't promise.*

> RINDERKNECHT: *You did.*

> ▓▓▓ *We actually told you the opposite. We told you the opposite. ▓▓▓ told you he would pay for you to move back to California and he would pay for two months of expenses.*

| Title of Investigation: Palisades Fire | Investigation Number: ▮ | Report Number: ▮ |
|---|---|---|

                *That's what he said.  He said, and that's what he agreed to with you.  We didn't agree.  It doesn't matter either way.*

RINDERKNECHT:   *It doesn't matter right now.*

                *We're not going to co-sign an, a, apartment in San Francisco for you.  I've said it before.  We're not going to do that.  You still have to move out and if you don't and you force our hands, if you force my hands, then what's gonna happen is I'm going to do it another way.  Okay?  We're gonna go through the court system. Whatever has to happen for it to happen. So either you cooperate with us,*

RINDERKNECHT:   *I've not cooperated ▮ I've never been in a place where I'm arguing with you about anything.*

                *You literally told me today, you would not move out unless,*

RINDERKNECHT:   *No.*

                *I co-sign an apartment in San Francisco.  When, and I told you I was not gonna it,*

RINDERKNECHT:   *After first two days I was here, I could tell the U-Haul that I had bring, bringing all my stuff.  Okay.  And I felt like it wasn't a good idea for me to stay here.  So I wanted to leave.*

                *I told you, do what you want.*

RINDERKNECHT:   *▮ said on that night.  I promised to you because I was like, well what am I gonna do?  My credit's not great right now.  This is exactly what I, okay,*

                *I'm not gonna have conversation again.*

RINDERKNECHT:   *Okay, well then we don't have to,*

                *Let's not have this conversation again.  But that's, I'm already telling you, we're not signing, we're not co-signing an apartment in San Francisco for you.  I told you, you should try asking our dad if you, if for,*

RINDERKNECHT:   *It's not his responsibility.  He didn't ask me to move here.*

                *It's not mine either.  I'm not, it's not my responsibility to co-sign for a grown ass man for an apartment in San Francisco.*

RINDERKNECHT:   *Matters.*

                *Okay?  So either you get to work on moving and it happens quickly or else we're gonna start the process.  Okay?  That's all I have to say.*

10. On September 29, 2025, Ms. Bruch advised that no reports were generated related to the incident.