**EXHIBIT G**

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>Palisades Fire | Investigation Number:<br>███████ | Report Number:<br>██ |
|---|---|---|

## SUMMARY OF EVENT:

On September 26, 2025, through October 9, 2025, Special Agent/Certified Fire Investigator (SA/CFI) Matt Beals received records from West Melbourne Police Department (WMPD) related to a call for service on September 25, 2025, that involved Jonathan RINDERKNECHT.

## NARRATIVE:

1.  On September 25, 2025, West Melbourne Police Department (WMPD) responded to a call for service at ███ ███████████, West Melbourne, Florida 32904 (WMPD Incident Number ████████). The call involved Jonathan RINDERKNECHT, ████████████, ████████ and ██████████.

2.  On September 26, 2025, through October 9, 2025, Brandi Bruch, Police Records Technician, WMPD, provided SA/CFI Beals with five body worn camera (BWC) video files and one report related to the aforementioned incident. SA/CFI Beals impounded each file as referenced below.

Table 1  WMPD Incident Number 25-34281  BWC Files

| Filename | Spartan ID | Evidence.com Serial Number |
|---|---|---|
| BrianLeonard_202509251510_WFC1066175-1 | | A7M3U |
| CoreyCasey_202509251514_WFC1105961-1 | | A7M44 |
| JosephLaRosa_202509251520_WFC1152106-1 | 227 | A7MXB |
| StevenCarrollJr_202509251504_8658-2 | | A80JQ |
| StevenCarrollJr_202509251504_WFC1139191-1 | | A806X |
| 25-34281incident.pdf | | |

| Prepared by:<br>Matthew Beals | Title:<br>SA | Signature: | Date:<br>10/11/2025 |
|---|---|---|---|
| Authorized by:<br>Armando Ochoa | Title:<br>Resident Agent in Charge | Signature: | Date:<br>10/12/2025 |
| Second level reviewer (optional): | Title: | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

Title of Investigation:
Palisades Fire

Investigation Number: █████

Report Number: ██

3.  WMPD Officers responded upon receiving a call for service from ████████ related to RINDERKNECHT's possession of a firearm.

4.  ████████ advised officers he traveled from France to the United States in order to mediate between ███ and RINDERKNECHT.  In summary, ███ told officers that RINDERKNECHT could be very difficult to deal with and that he was concerned he could use the firearm he possessed if "triggered."

5.  ████████ told Officer Carroll RINDERKNECHT had mental health issues.  They also added that RINDERKNECHT threatened to burn their house down and shoot ████ with a firearm since he moved in with them approximately five months earlier.

>    Officer Carroll:    *Okay.  Has he (RINDERKNECHT) every gotten physical?*
>    ████████:           *Um, no, I don't think so, but*
>    ████████:           *He hasn't gotten physical, physical, but he's gotten really close with his –*
>    Officer Carroll:    *Okay, like he –*
>    ████████:           *He did say, he did threaten to burn the house down before.*
>    Officer Carroll:    *Okay*
>    ████████:           *He did say he was gonna kill you (████████*
>    ████████:           *He was gonna kill me, that's documented in a message.*

6.  ████ told Officer Carroll that her father traveled from France to try and get RINDERKNECHT to leave she and ████ house, otherwise they would evict him.

7.  ████ also told Officer Carroll that RINDERKNECHT told her and ████ that he could have killed them with the firearm he possessed and stated RINDERKNECHT told her he possessed it since he moved-in.

8.  Officer Carroll's BWC captured ████ side of a telephonic conversation, reportedly with RINDERKNECHT, wherein she told him that he had to relinquish the firearm at their house, otherwise, she was going to begin the eviction process immediately.

ATF EF 3120.2 (10-2004)
For Official Use Only