**EXHIBIT H**

| U.S. Department of Justice | Report of Investigation |
|---|---|
| Bureau of Alcohol, Tobacco, Firearms and Explosives | |

| Title of Investigation: Palisades Fire | Investigation Number: | Report Number: |
|---|---|---|

**SUMMARY OF EVENT:**

On October 7, 2025, ATF Special Agent (SA) William Hicks and ATF SA Thomas Harrison conducted a consent search of the garage at ▮▮▮▮▮, West Melbourne, FL, 32904. During the search SA Hicks located a Smith & Wesson, model Bodyguard 2.0, .380 caliber pistol, SN: EKH4119, inside a stuffed animal.

**NARRATIVE:**

1. On October 7, 2025, ATF SA Hicks, ATF SA Harrison, and Los Angelas Police Department (LAPD) Detective (Det.) Matthew Casalicchio spoke with ▮▮▮ (W/M, DOB: ▮▮▮, FL DL: ▮▮▮) and ▮▮▮ (W/F, DOB: ▮▮▮, FL DL: ▮▮▮) at ▮▮▮, West Melbourne, FL, 32904.

2. ▮▮▮ and ▮▮▮ were informed Jonathan RINDERKNECHT (W/M, DOB: ▮▮▮, FL DL: ▮▮▮) was arrested and it is believed his firearm was left in the garage at the ▮▮▮ residence, where RINDERKNECHT had been staying. It should be noted that during an interview of RINDERKNECHT after his arrest, RINDERKNECHT indicated that the loaded magazine he possessed during his arrest belonged to a firearm that he had left within the garage of ▮▮▮, West Melbourne, FL. Due to ▮▮▮ and ▮▮▮ having two (2) young children who reside with them, Det. Casalicchio asked the ▮▮▮ if they would like ATF agents to search the garage to locate and take custody of RINDERKNECHT's firearm, ensuring that their children would not have access to it. ▮▮▮ stated he would return to the ▮▮▮ so a search for the firearm could be conducted.

3. Upon arrival at ▮▮▮ SA Hicks and SA Harrison began searching a storage shelf located in the garage (see Figure 1). While SA Hicks and SA Harrison were searching, ▮▮▮ was speaking with Det. Casalicchio.

| Prepared by: William Hicks | Title: Special Agent | Signature: | Date: 10/17/2025 |
|---|---|---|---|
| Authorized by: Armando Ochoa | Title: Resident Agent in Charge | Signature: | Date: 10/17/2025 |
| Second level reviewer (optional): | Title: | Signature: | Date: |



Figure 1

4. SA Hicks located a stuffed black cat animal that was on the second shelf from the bottom of the shelving unit (see Figure 2 and Figure 3).

 

Figure 2               Figure 3

5. SA Hicks located a zipper on stuffed animal. Inside the zipper compartment was a Ziploc style plastic bag with a blue top. SA Hicks removed the blue topped plastic bag from the stuffed animal (see Figure 4).

ATF EF 3120.2 (10-2004)
For Official Use Only



Figure 4

6. The Smith & Wesson, model: Bodyguard 2.0, .380 caliber pistol, SN: EKH4119, was contained inside a Ziploc style plastic bag with a red top. The plastic bag with the red top was contained within the plastic bag with the blue top (see Figure 5 and Figure 6).



Figure 5                     Figure 6

7. The Smith & Wesson, model Bodyguard 2.0, .380 caliber pistol, SN: EKH4119, is the same firearm RINDERKNECHT possessed when the West Melbourne Police Department (WMPD) responded to his residence (███████████████████) on September 25, 2025.

8. SA Hicks notified ██████ that the firearm was located inside a stuffed animal on the shelving unit. SA Hicks provided ██████ with his contact information in the event additional firearms or property of RINDERKNECHT are located and ██████ doesn't want the property inside his residence.

9. Refer to Figure 7, Figure 8, Figure 9, and Figure 10 for additional identifying characteristics of the firearm.

| Title of Investigation: Palisades Fire | Investigation Number: | Report Number: |
|---|---|---|



Figure 7



Figure 8



Figure 9



Figure 10

10. The firearm was turned over to Det. Casalicchio.

ATF EF 3120.2 (10-2004)
For Official Use Only