# EXHIBIT J

LOS ANGELES POLICE DEPARTMENT
**INVESTIGATIVE ACTION/STATEMENT FORM**

If recording an officer's action, complete **shaded areas** and **statement section** only

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Tape No. | | | | | | | | | Inc. No. | DR or Bkg. No. |
| Witness No. | | | | | | | | | | |
| Name [redacted] | | | | Date/Time of Interview 03/13/2025 1227 hours | | | | | Location of Interview [redacted] | |
| Residence Address [redacted] | | | | City Los Angeles | | | | Zip Code 90028 | Phone [redacted] | |
| Business Address | | | | City | | | | Zip Code | Phone | |
| Sex M | Descent W | Hair BRN | Eyes BRN | Height 5-06 | Weight 175 | DOB [redacted] | Age 38 | Driver Lic No. / Other ID [redacted] | | State CA |
| Interviewing/Reporting Officer Seston / Razo-Banting | | | | | | Serial No. 39369 / 41049 | | | Division MCD/LAPD | |
| | | | | | | Officer Completing Seston | | | Serial No. 39369 | |

**Miranda Admonition**

1. You have the right to remain silent.
Do you understand? _____
2. Anything you say may be used against you in court.
Do you understand? _____
3. You have the right to the presence of an attorney before and during any questioning.
Do you understand? _____
4. If you cannot afford an attorney, one will be appointed for you, free of charge, before any questioning if you want.
Do you understand? _____
If a waiver is desired:
Do you want to talk about what happened? _____

**Statement: Include who, what, when, where, why, and how**

On March 13, 2025 my partner, Detective C. Razo-Banting Serial Number 41049, and I, Detective M. Seston Serial Number 39369, conducted an interview of Michael Hodes at his apartment in the Hollywood neighborhood of Los Angeles. Michael Hodes willingly participated in the interview, which was also recorded.

[redacted], further referred to as [redacted] was unaware of our interview prior to having contact with us at his apartment.

[redacted]

also expressed to Detective Razo and I that he was confused about Jonathan's behavior and actions.

"**00:56:21**
Yeah. So then like, yeah. So like the other, and like the biggest thing that's like so convoluting with him is that, and this is why like, um, it would, I'd always just like question it. Like I said, in the back of my mind, it's like, is something off or is like something, you know, or is it him, you know? And cause he'd always have a way where just like, there'd be something, you know, like crazy going on. And then, you know, but then it'd be like, he'd like normalize it where it's just like, I remember like, I don't remember how many days later it was. He came down here for like a cigarette. He always asked me for cigarettes. And, um, and he's like, dude, like, last night was, or whenever, you know, it was so, I think it was, like, the next day, maybe. I don't remember. It was relatively soon after that incident, within, like, at least, like, a couple, maybe two to three days, I believe. And he's like, and I was like, hey, like, you know, like, what, um, like, what happened, you know, the other night, or whatever? Because, like, that...
**Detective Razo 00:57:27**
His out-of-body experience
**00:57:28**
It freaked me out, yeah, it was just like, I, like, like, when he told me that, I was like,
**Detective Razo 00:57:36**
What's going on
**00:57:48**
And it, it just, like, um, I just, I just been, like I said, I've been feeling for months, you know what I mean? It's just, like, manic, and just, like, off, and then that happened, and he was like, yeah, like, I guess I had, like, a 1/8th of chocolate shrooms like, in the, in the fridge, and, like, I was high, and I didn't realize I ate the chocolate. So I was like, you know, just like normalizing it, I'm like okay like I guess that could happen you know like, like you know eat the chocolate shrooms and thought it was like a nestle bar and then you're tripping in your closet like you know what I mean it's a shit like this it's like it's like dude like you gotta fucking get it together you know what i mean like what are you doing but and then there's all like really the only other things like as far as just like his, his demeanor goes like um he's also like gone off on me like two times...