Laura A. Alexander
Assistant United States Attorney
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 25-833-AH |
| v. JONATHAN RINDERKNECHT | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

EX PARTE APPLICATION TO SEAL; [PROPOSED] ORDER RE SEALING; UNDER SEAL DOCUMENTS

**Reason:**

☑  Under Seal
☐  In Camera
☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐  Per Court order dated: _____
☐  Other:

| November 16, 2025 | Laura A. Alexander |
|---|---|
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*