# United States v. Jonathan Rinderknecht

## Court Docket Number: 2:25-CR-833-AH (C.D. California)

**Court Assigned:** This case is assigned to the Honorable Anne Hwang, First Street United States Courthouse, 350 W. 1st Street, Courtroom 9C, Los Angeles, CA 90012-4565.

**Criminal Charges:** On October 15, 2025, Jonathan Rinderknecht ("defendant") was indicted on one count of Destruction of Property by Means of Fire (18 U.S.C. § 844(f)(1)); one count of Arson Affecting Property Used in Interstate Commerce (18 U.S.C. § 844(i)); and one count of Timber Set Afire (18 U.S.C. § 1855), in a case arising out of the Palisades Fire in January 2025.

According to the indictment, defendant maliciously started a fire near the Pacific Palisades neighborhood of Los Angeles early in the morning on January 1, 2025. The fire developed into what became known as the Palisades Fire, one of the most destructive wildfires in Los Angeles history.

The Palisades Fire impacted a large and diverse group of stakeholders, including, for example, families whose loved ones died in the fire, residents whose homes burned, business owners whose businesses burned, and federal, state, county, and local public entities whose properties burned in the fire. Thousands of structures burned in the fire, causing thousands of victims to be displaced.

**For more information about the charge, please see below:**

[Link to press release]

[Link to indictment]

[Link to criminal complaint]

The information on this website will be updated as new developments arise in the case. If you have any questions, please call the Victim Assistance Line toll-free at (XXX) XXX-XXXX or email us at XXXXXXXXXX@usdoj.gov.