BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
LAURA A. ALEXANDER (Cal. Bar No. 313212)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection and
Public Corruption & Civil Rights Sections
    1100/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3359/8644/0141/6530
    Facsimile: (213) 894-1019
    Email:    mark.williams@usdoj.gov
             matthew.obrien@usdoj.gov
             laura.alexander@usdoj.gov
             danbee.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-833-AH |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ALTERNATIVE VICTIM NOTIFICATION UNDER 18 U.S.C. § 3771(d)(2) |
| v. | |
| JONATHAN RINDERKNECHT, | |
| Defendant. | |

The Court has read and considered the government's unopposed Motion for Alternative Victim Notification Under 18 U.S.C. § 3771(d)(2) (the "Motion"), filed by the government in this matter on November 21, 2025, which this Court incorporates by reference into this order, and FOR GOOD CAUSE SHOWN the Court hereby GRANTS the Motion and finds as follows:

The government is authorized to employ the victim notification procedure described in the Motion, in lieu of those prescribed by 18 U.S.C. §§ 3771(a), (b) and (c),

on the grounds that the number of potential victims in this case makes it impracticable to otherwise accord victims the rights described in § 3771(a).

IT IS SO ORDERED.

_____  
DATE

_____  
HONORABLE ANNE HWANG  
UNITED STATES DISTRICT JUDGE

Presented by:

/s/  
_____  
MATTHEW O'BRIEN  
Assistant United States Attorney