TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
LAURA A. ALEXANDER (Cal. Bar No. 313212)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection and
Public Corruption & Civil Rights Sections
    1100/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3359/8644/0141/6530
    Facsimile: (213) 894-1019
    Email:   mark.a.williams@usdoj.gov
               matthew.o'brien@usdoj.gov
               laura.alexander@usdoj.gov
               danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN RINDERKNECHT, <br><br> Defendant. | No. CR 25-833-AH <br><br> <u>UNOPPOSED EX PARTE APPLICATION TO CONTINUE GOVERNMENT'S DEADLINE TO FILE OPPOSITION BRIEF TO DEFENDANT'S MOTION TO SUPPRESS</u> |

      Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, Laura A. Alexander, and Danbee C. Kim, hereby moves this Court for an order authorizing the government to file its opposition brief to defendant's motion to suppress (Dkt. No. 49) on January 28,

2026. On January 15 and 16, 2026, defense counsel informed the undersigned counsel that defendant does not oppose this request.

Defendant filed the motion to suppress on January 15, 2026. Pursuant to Local Rule 12-1.2, the government's opposition brief would be due seven days later, on January 21, 2026. Defense counsel agreed, both before and after filing the motion, that the government's opposition brief would not be due until January 28, 2026, and the hearing date would be February 11, 2026.

Accordingly, pursuant to Local Rule 12-1.2, the government respectfully requests a Court order authorizing the government to file its opposition brief on January 28, 2026. Defendant's reply brief (if any) shall be filed no later than February 4, 2026.

Dated: January 16, 2026

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

   /s/
MARK A. WILLIAMS
MATTHEW W. O'BRIEN
LAURA A. ALEXANDER
DANBEE C. KIM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA