TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
LAURA A. ALEXANDER (Cal. Bar No. 313212)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection and
Public Corruption & Civil Rights Sections
    1100/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3359/8644/0141/6530
    Facsimile: (213) 894-1019
    Email: mark.a.williams@usdoj.gov
    matthew.o'brien@usdoj.gov
    laura.alexander@usdoj.gov
    danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-833-AH |
|---|---|
| Plaintiff, | ORDER GRANTING APPLICATION TO CONTINUE GOVERNMENT'S DEADLINE TO FILE OPPOSITION BRIEF TO DEFENDANT'S MOTION TO SUPPRESS [55] |
| v. | |
| JONATHAN RINDERKNECHT, | |
| Defendant. | |

The Court has read and considered the government's unopposed Ex Parte Application To Continue Government's Deadline To File Opposition Brief To Defendant's Motion To Suppress (the "Application"), filed by the government in this matter on January 16, 2026, which this Court incorporates by reference into this order, and FOR GOOD CAUSE SHOWN the Court hereby GRANTS the Application and finds as follows:

1  The government's deadline to file its opposition to defendant's motion to suppress
2  (Dkt. No. 49) is January 28, 2026. Defendant's reply brief (if any) shall be filed no later
3  than February 4, 2026.
4      IT IS SO ORDERED.
5
6  JANUARY 16, 2026
   DATE                                     HONORABLE ANNE HWANG
7                                                 UNITED STATES DISTRICT JUDGE
8  Presented by:
9
10  /s/
   MATTHEW O'BRIEN
11 Assistant United States Attorney