TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
LAURA A. ALEXANDER (Cal. Bar No. 313212)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection and
Public Corruption & Civil Rights Sections
    1100/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3359/8644/0141/6530
    Facsimile:  (213) 894-1019
    Email:      mark.williams@usdoj.gov
                   matthew.o'brien@usdoj.gov
                   laura.alexander@usdoj.gov
                   danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JONATHAN RINDERKNECHT,<br>  aka "Jonathan Rinder,"<br>  aka "Jon Rinder,"<br><br>        Defendant. | No. 25-CR-833-AH<br><br>JOINT REPORT RE: COURT'S MINUTE ORDER (DOCKET NO. 59) |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, Laura A. Alexander, and Danbee C. Kim, and defendant JONATHAN RINDERKNECHT ("defendant"), by and through his counsel of record, Steven A. Haney, Sr., hereby submit their joint report as directed by the Court's minute order issued on January 27, 2026 (Docket No. 59.)

1  Pursuant to the Court's order, on January 28, 2026, the parties met and conferred
2  to discuss the search warrants in the underlying investigation that are sealed based on
3  orders issued by various Magistrate Judges.  The search warrants contain inculpatory
4  information (in the government's view), personal identifying information related to both
5  defendant and witnesses, and other confidential and sensitive information.  Because the
6  public dissemination of this information could adversely impact the jury selection
7  process and raise the risk of a tainted jury pool, the parties agree and request that the
8  search warrants remain under seal in order to protect the integrity of the case and ensure
9  that defendant receives a fair trial.  If the Court disagrees, the parties request the
10 opportunity to discuss this issue with the Court at the upcoming hearing on February 11,
11 2026, before the search warrants are unsealed.

Dated: January 30, 2026                  Respectfully submitted,

                                         TODD BLANCHE
                                         Deputy Attorney General

                                         BILAL A. ESSAYLI
                                         First Assistant United States Attorney

                                         ALEXANDER B. SCHWAB
                                         Assistant United States Attorney
                                         Acting Chief, Criminal Division

                                            /s/
                                         MARK A. WILLIAMS
                                         MATTHEW W. O'BRIEN
                                         LAURA A. ALEXANDER
                                         DANBEE C. KIM
                                         Assistant United States Attorneys

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

Dated: January 30, 2026                  Respectfully submitted,

                                            /s/
                                         STEVEN A. HANEY, SR.

                                         Attorney for Defendant
                                         JONATHAN RINDERKNECHT