# JURY QUESTIONNAIRE

**Preliminary Instructions**

Please read the following instructions carefully before completing any portion of this questionnaire. Please answer each and every question by inserting check marks in the boxes or by providing the information requested. Please answer each question fully. Some questions have more than one part.

**YOU ARE SWORN TO GIVE TRUE AND COMPLETE ANSWERS TO ALL QUESTIONS IN THIS QUESTIONNAIRE**. This questionnaire is designed to help simplify and shorten the jury selection process, and to help the Court and the parties learn enough information about each juror's background and experiences to select a fair and impartial jury. The purpose of the questionnaire is to determine whether prospective jurors can decide this case impartially based upon the evidence presented at trial and the legal instructions given by the Judge. The questions are not intended to inquire unnecessarily into personal matters. The use of this questionnaire will avoid the necessity of asking each prospective juror these questions in open court, and efforts will be made to keep your responses as confidential as possible.

Please answer all questions as fully and completely as you can to the best of your ability. If you do not know the answer to a question, please write, "I don't know." There are no "right" or "wrong" answers, only truthful answers. If you have strong feelings about this case in general, please do not hesitate to share them. Although you may be a perfectly good juror in another case, this may or may not be the right case for you to sit on as a juror. Both parties have the right to hear your honest answers and true opinions.

If you need extra space to answer any question, please use the extra blank pages included at the end of the questionnaire. Be sure to indicate on the blank page the number of the question you are answering. <u>Please do not write anything on the back of any page of the questionnaire</u>.

**DO NOT DISCUSS THE QUESTIONS, YOUR ANSWERS, OR THE CASE WITH ANYONE UNTIL YOU RECEIVE FURTHER INSTRUCTIONS FROM THE COURT**. You should not discuss the questions or your answers with fellow jurors. It is very important that your answers be your own individual answers. More broadly, do not discuss the case with anyone, including the lawyers (except in the presence of the Court), your fellow jurors, your family, your friends, or anyone else. Do not communicate about the case in any way, including by telephone, e-mail, social media (such as Facebook), or any communications app/website (such as Twitter). You must also avoid reading or hearing about the case (or anyone participating in the case) in newspapers, in magazines, on the radio or television, or on the Internet.

**DO NOT CONDUCT ANY RESEARCH ON THE DEFENDANT OR THE CASE** (or anyone participating in the case) at any time before your entire jury service has been completed. This includes performing Internet searches, searching social media, asking other people about the defendant or the case, reading news stories or reports about the defendant or the case, or watching television programs that relate to the defendant or the case.

The defendant is presumed innocent of the charge against him, and it is the government's burden to prove, beyond a reasonable doubt, that he committed the crimes charged in the

indictment. The defendant has no burden to present any evidence at all and also has no obligation to testify at trial.

If you believe that any of your answers contain private information that could embarrass you or otherwise seriously compromise your privacy, and wish to request that the Court keep them confidential and not distribute them beyond the Judge and parties, you may indicate that on one of the blank pages at the end of this form. (Please identify the specific answer or answers that you wish to remain confidential.) After a jury has been selected, all copies of your responses to the questionnaire will be returned to the Court.

**JUROR QUESTIONNAIRE**
PLEASE PRINT ALL ANSWERS LEGIBLY

**FULL NAME:** _____  **JUROR #:** _____

Age: _____  Gender: ❏ Male  ❏ Female  ❏ Other: _____

1. a) Where were you born? _____ (City, State, Country)

    b) Where did you grow up? _____ (City, State, Country)

    c) What city do you live in? _____  Since: _____ (Month/Year)

    d) Have you lived in any other cities or counties in the last five years?  ❏ Yes  ❏ No
       If yes, what cities or counties?
       _____
       _____

    e) Is English your first language? ❏ Yes ❏ No  If No, what is? _____

2. a) What is the highest level of education you completed?

    ❏ Less than high school                ❏ Some high school/high school grad
    ❏ Business/technical school            ❏ Some college
    ❏ College degree                       ❏ Some post-graduate study
    ❏ Post-graduate degree

    b) Please list any degrees obtained and the major area of study: _____
    _____

3. a) What is your current employment status?

    ❏ Employed full-time      ❏ Homemaker          ❏ Retired since: _____
    ❏ Employed part-time      ❏ Full-time Student  ❏ Other:_____
    ❏ Unemployed (looking for work)    ❏ Unemployed (not looking for work)

    b) List the primary jobs you have had in the past, beginning with your current or most recent employment. If **retired or unemployed**, please indicate the last jobs you had.

| Dates | Employer | Occupation | Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

    c) In any of the jobs listed, were you ever a supervisor or manager? ❑ Yes ❑ No

4. Describe your family situation:

    a) What is your marital status:

    ❑ Single, never married    ❑ Married    ❑ Divorced/Separated
    ❑ Living with partner    ❑ Widowed    ❑ Other:_____

    b) What is the educational background of your spouse/partner or former spouse/partner, including any degrees or certificates earned?

    c) What is your spouse/partner's current employment status?

    ❑ Employed full-time    ❑ Homemaker    ❑ Retired since: _____
    ❑ Employed part-time    ❑ Full-time Student    ❑ Other:_____
    ❑ Unemployed (looking for work)    ❑ Unemployed (not looking for work)

    d) List the primary jobs your spouse/partner has had in the past, beginning with their current or most recent employment. If **retired or unemployed**, please indicate the last jobs they had.

| Dates | Occupation | Employer | Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

    e) If you have any children, please fill in the list below.

| Gender | Age | Education | Occupation | Employer |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

    f) If there are any other adults in your household (besides your spouse/partner and/or children), please fill in the list below.

| Relationship | Age | Occupation | Employer |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4

5. Have you ever served on a jury before? ❏ Yes ❏ No

   If Yes, complete for each case:

| Civil, Criminal, Grand Jury? | What was case about? | When | Jury reach a verdict? | Were you foreperson? |
|---|---|---|---|---|
|  |  |  | ❏ Yes ❏ No | ❏ Yes ❏ No |
|  |  |  | ❏ Yes ❏ No | ❏ Yes ❏ No |
|  |  |  | ❏ Yes ❏ No | ❏ Yes ❏ No |
| **Was your jury service:** ❏ Positive ❏ Negative or ❏ Mixed? **Please explain:** | | | | |

6. Have you or anyone in your family served in the military? ❏Yes ❏ No

   If Yes, complete:

| Relationship to you: | ❏ Self ❏ Partner ❏ Family | ❏ Self ❏ Partner ❏ Family | ❏ Self ❏ Partner ❏ Family |
|---|---|---|---|
| **Branch of service: (Army, Navy, Marines, etc.)** |  |  |  |
| **Dates of Service:** |  |  |  |
| **Serve in combat:** | ❏ Yes ❏ No | ❏ Yes ❏ No | ❏ Yes ❏ No |
| **Serve in the military police:** | ❏ Yes ❏ No | ❏ Yes ❏ No | ❏ Yes ❏ No |

7. Have you, or anyone close to you ever been employed by, worked with or been otherwise affiliated with any law enforcement agencies, including the police, sheriff, highway patrol, department of corrections, parole, probation, immigration, homeland security, firefighting, IRS, ATF, FBI, CIA, DEA, TSA, District Attorney, U.S attorney or any other law enforcement organization?

   ❏Yes ❏ No

If Yes, complete:

| Name | Relationship to you | Position | Agency |
|------|---------------------|----------|--------|
|      |                     |          |        |
|      |                     |          |        |
|      |                     |          |        |

8. Have you, or anyone close to you ever been employed by, worked with or been otherwise affiliated with any law office that does criminal defense work, including a public defender's office, or any individual who does criminal defense work, such as a private investigator?

   ❑ Yes ❑ No

   If Yes, complete:

| Name | Relationship to you | Position | Agency/Law Office |
|------|---------------------|----------|-------------------|
|      |                     |          |                   |
|      |                     |          |                   |
|      |                     |          |                   |

9. Have you, or has anyone close to you, ever:

|  | No | Yes. Who? | Explanation |
|--|----|-----------|-------------|
| Been a victim of a crime, whether or not it was reported to the police? | ❑ | ❑ Self  ❑ Family  ❑ Someone else | |
| Witnessed a crime? | ❑ | ❑ Self  ❑ Family  ❑ Someone else | |
| Been interviewed or questioned by the police? | ❑ | ❑ Self  ❑ Family  ❑ Someone else | |
| Been charged with or accused of a crime? | ❑ | ❑ Self  ❑ Family  ❑ Someone else | |

| | | | |
|---|---|---|---|
| Brought charges against someone? | ❏ | ❏ Self      ❏Family<br>❏ Someone else | |
| Been a witness in court? | ❏ | ❏ Self      ❏Family<br>❏ Someone else | |
| Sued someone or been sued? | ❏ | ❏ Self      ❏Family<br>❏ Someone else | |

10. What are your main sources of news? Please check all that apply and list the name of the TV shows, newspapers, internet sites, radio shows or podcasts, and social media sites:

    ❏ I do not follow the news

    | Media | List Media |
    |---|---|
    | ❏ TV | Shows: |
    | ❏ Newspapers | Newspapers: |
    | ❏ Internet | Internet sites: |
    | ❏ Radio/podcasts | Shows: |
    | ❏ Social media | Sites: |
    | ❏ Other | List other: |

11. Do you or anyone close to you have any training or work experience in forensic science, laboratory science, or law enforcement investigative techniques?

    ❏Yes   ❏ No

    If Yes, please explain: _____

    _____

12. You must apply the law as the Judge gives it to you. Would you follow the Judge's instruction about the law if you did not agree with it?

    ❏ Yes   ❏ No

    If No, please explain: _____

    _____

13. The Judge will instruct you to not consider the potential punishment for the defendant. Would you consider the defendant's potential punishment in determining whether he is guilty?

    ❏ Yes   ❏ No

7

If Yes, please explain: _____

_____

14. On a scale of 1-10, what is your opinion about the fairness of the criminal justice system? (1 being the least fair and 10 being the most fair)

   Rank and please explain: _____

   _____

   _____

15. Have you, or has anyone you know, had any training or experience with forest fires, wildfires, or firefighting?

   ❏ Yes  ❏ No

   If Yes, please explain: _____

   _____

   _____

16. Have you ever been directly involved with a forest fire, wildfire, or house fire?

   ❏ Yes ❏ No

   If Yes, please explain: _____

   _____

17. Do you believe law enforcement officers are more likely to tell the truth than other witnesses because of their occupations?

   ❏ Yes  ❏ No

   If Yes, please explain:_____

   _____

18. If you feel empathy for the defendant based on his age, financial status, family status, or for any other reason, are you more likely to find him not guilty?

   ❏ Yes ❏ No

If Yes, please explain:_____

_____

19. Knowing the nature of this case, is there anything about your own personal life experiences, attitudes or beliefs that would make it difficult for you to be a fair and impartial juror?

   ❏ Yes ❏ No

   If Yes, please explain:_____

   _____

20. If you are selected as a juror in this case, you will be instructed that you are not allowed to do any outside research on the case, the attorneys, the defendant, witnesses, expert testimony, the evidence, the legal issues, the jury instructions, legal definitions, the judge, other jurors, or anything else.  This includes online research of any type.  Do you think you would be able to follow that instruction?

   ❏ Yes ❏ No

   If Yes, please explain:_____

   _____

21. a) Do you have any religious, moral, ethical, political, or other beliefs or opinions that would affect your ability to be a juror in this case?
    ❏ Yes ❏ No

    If Yes, please explain:_____

    _____

   b) Do any circumstances exist such that serving on the jury in this case would entail a serious hardship or extreme inconvenience to you?

    ❏ Yes ❏ No

    If Yes, please describe the serious hardship or extreme inconvenience:_____

    _____

   c) Do you have any mental or physical condition or illness that makes you unable to serve on a jury?

    ❏ Yes ❏ No

If Yes, please briefly describe the condition or illness: _____

_____

_____

22. Is there any other information you feel the judge or attorneys should know about you?

❏ Yes ❏ No

If Yes, please explain: _____

_____

**KNOWLEDGE AND/OR OPINIONS REGARDING THE CASE, THE PARTIES, LAW ENFORCEMENT, AND THE CRIMINAL JUSTICE SYSTEM**

23. a) Before today, have you read, seen, or heard anything about the defendant?

❏ Yes ❏ No

If Yes, please describe what you read, saw, or heard, and where you read, saw, or heard:

_____

_____

_____

b) Before today, have you read, seen, or heard anything about the criminal charges that have been brought against the defendant?

❏ Yes ❏ No

If Yes, please describe what you read, saw, or heard, and where you read, saw, or heard:

_____

_____

c) If your answer was yes to either (a) or (b), despite anything that you have read, seen, or heard about the defendant, would you be able to follow the Judge's instruction to put that information out of your mind and decide this case based solely on the evidence presented at trial?

❏ Yes ❏ No

If No, please explain: _____

_____

_____

24. Is there anything about the nature of this case, or any experience that you or someone close to you had, that may affect your ability, or cause you to have any concern about your ability, to serve fairly as a juror in this case?

❏ Yes ❏ No

If Yes, please explain: _____

_____

25. Were you, or were any of your close friends or family members, directly impacted by the Lachman or Palisades Fires in January 2025?

❏ Yes ❏ No

If Yes, please explain: _____

_____

_____

**CONDUCT AS JURORS**

26. a) If chosen to sit as a juror, the Court will instruct you to not discuss this case with other jurors, or anyone else, until the case is submitted to the jury for a decision. The Court will also instruct that you must neither form nor express any opinion on any subject connected with the case until it is submitted to the jury for a decision. Will you be able to follow these instructions?
    ❏ Yes ❏ No

    If No, please explain: _____

    _____

b) If chosen to sit as a juror, the Court will instruct you that you cannot read, watch, or listen to any accounts of this case in the news or on social media. Will you be able to follow this instruction?

❑ Yes ❑ No

If No, please explain: _____

_____

c) If you were to inadvertently read, watch, or listen to an account of this case in the news or on social media, can you give the Court and the parties your assurance that you will still decide the case based only on the evidence presented in the courtroom?

❑ Yes ❑ No

If No, please explain: _____

d) If chosen to sit as a juror, the Court will instruct you that your verdict must not be based on sympathy, passion, or prejudice, and instead, must be based on the evidence presented in this case and the law provided by the Court. Will you be able to follow these instructions?

❑ Yes ❑ No

If No, please explain: _____

_____

e) Is there any other reason, which you have not previously described in this questionnaire, why you think you cannot be a fair and impartial juror in this case?

❑ Yes ❑ No

If Yes, please explain: _____

_____

## DECLARATION

I, _____ (***print name***) declare under penalty of perjury under the laws of the United States of America that the foregoing answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others or received assistance in completing the questionnaire.  Signed on _____, in Los Angeles, California.

_____
(***signature***)