Steven Haney Esq., *Pro Hac Vice*
Haney Law Group, PLLC
22815 Kelly Rd.
Eastpointe, MI 48021
Telephone: (248) 414-1470
E-Mail: steve@haneygroup.net

Attorneys for Defendant

Jacob A. Gillick, Esq., SBN 312336
Gillick Legal, APC
777 S. Alameda, 2nd Floor
Los Angeles, CA 90021
Telephone: (858) 250-0656
E-Mail: JGillick@GillickLegal.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN RINDERKNECHT<br><br>Defendants. | Case No. 2:25-cr-00833-AH<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO SUPPRESS EVIDENCE (DKT. 49) AND REQUEST TO TAKE HEARING OFF CALENDAR** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Jonathan Rinderknecht hereby withdraws his Motion to Suppress Evidence filed at Docket No. 49 filed on January 15, 2026. Defendant respectfully requests that the Court take the hearing on the Motion, currently scheduled for February 11, 2026, before the Honorable Anne Hwang, off calendar.

/ / /

/ / /

1

1    This Notice is being filed as soon as reasonably possible after the decision was made to

2    withdraw the Motion.

3

4                                              Respectfully submitted,

5                                              By: */s/Jacob A. Gillick, Esq.*
                                               Jacob A. Gillick, Esq.
6                                              Attorneys for Defendant
                                               Jonathan Rinderknecht
7

8                                              /s/ Steven A. Haney
9                                              Steven A. Haney (Pro Hac Vice)
                                               Counsel for Defendant
10                                             22815 Kelly Road
                                               Eastpointe, Michigan 48021
11                                             (248) 414-1470

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL