TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
LAURA A. ALEXANDER (Cal. Bar No. 313212)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection and
Public Corruption & Civil Rights Sections
    1100/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3359/8644/0141/6530
    Facsimile: (213) 894-1019
    Email:    mark.williams@usdoj.gov
              matthew.o'brien@usdoj.gov
              laura.alexander@usdoj.gov
              danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-833-AH |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING RE: JURY SELECTION; [PROPOSED] ORDER |
| v. | |
| JONATHAN RINDERKNECHT, | Current Hearing Date: Feb. 11, 2026 |
| Defendant. | Current Hearing Time: 9:30 a.m. |
| | [Proposed] Hearing Date: Feb. 18, 2026 |
| | [Proposed] Hearing Time: 9:30 a.m. |

1  Plaintiff United States of America, by and through its counsel of record, the First
2  Assistant United States Attorney for the Central District of California and Assistant
3  United States Attorneys Mark A. Williams, Matthew W. O'Brien, Laura A. Alexander,
4  and Danbee C. Kim, and defendant JONATHAN RINDERKNECHT, by and through his
5  counsel of record, Steven A. Haney, hereby stipulate as follows:

      A hearing on jury selection procedures is currently scheduled for February 11, 2026 at 9:30 a.m. (Dkt. No. 48.) At the defense's request, the parties hereby stipulate and agree to continue the hearing to February 18, 2026, at 9:30 a.m.

      SO STIPULATED.

Dated: February 9, 2026      Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

     /s/
MARK A. WILLIAMS
MATTHEW W. O'BRIEN
DANBEE C. KIM
LAURA A. ALEXANDER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: February 9, 2026     /s/ (via email authorization)
STEVEN A. HANEY

Attorney for Defendant
JONATHAN RINDERKNECHT