Name & Address:
Jacob A. Gillick, Esq., SBN 312336
Gillick Legal, APC
777 S. Alameda, 2nd Floor
Los Angeles, CA 90021
Telephone: (858) 250-0656

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-cr-00833-AH |
| v. | |
| JONATHAN RINDERKNECHT | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged: **(List Documents)**

NOTICE OF MANUAL FILING; APPLICATION TO SEAL; PROPOSED ORDER; NOTICE OF MOTION TO SUPPRESS; MOTION TO SUPPRESS EVIDENCE; DECLARATION OF DEFENDANT; DECLARATION OF STEVE HANEY, ESQ.;

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:

To prevent the possible disclosure of confidential and private information.

| 03/11/2026 | Jacob Gillick, Esq. |
|---|---|
| Date | Attorney Name |
| | JONATHAN RINDERKNECHT |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                   **NOTICE OF MANUAL FILING OR LODGING**