TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3359/8644/6530
    Email:     mark.williams@usdoj.gov
              matthew.o'brien@usdoj.gov
              danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-833-AH |
|---|---|
| Plaintiff. | JOINT REPORT REGARDING JURY TRIAL |
| v. | |
| JONATHAN RINDERKNECHT, | Status Conference Date: March 25, 2026 |
| Defendant. | Status Conference Time: 10:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, and Danbee C. Kim, and defendant JONATHAN RINDERKNECHT, by and through his counsel of record,

Steven A. Haney, hereby file their joint report regarding the Court's questions concerning the jury trial set for June 9, 2026.

Dated: March 20, 2026                    Respectfully submitted,

                                         TODD BLANCHE
                                         Deputy Attorney General
                                         BILAL A. ESSAYLI
                                         First Assistant United States Attorney
                                         ALEXANDER B. SCHWAB
                                         Assistant United States Attorney
                                         Acting Chief, Criminal Division


                                              /s/
                                         MARK A. WILLIAMS
                                         MATTHEW W. O'BRIEN
                                         DANBEE C. KIM
                                         Assistant United States Attorneys

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA


Dated: March 20, 2026                    Respectfully submitted,



                                              /s/ per email authorization on 3/20/2026
                                         STEVEN A. HANEY

                                         Attorney for Defendant
                                         JONATHAN RINDERKNECHT

## JOINT REPORT REGARDING JURY TRIAL

The parties have met and conferred and submit the following joint report in advance of the status hearing on March 25, 2026, in order to address the Court's questions raised at the hearing on February 11, 2026.

Trial estimate. The parties will be ready to proceed to trial on June 9, 2026. The government estimates that its case-in-chief will take approximately 7-10 court days depending on the length of any cross examination and stipulations that the parties are able to reach. The defense estimates that the defense case will take approximately 4-6 court days.

Jury selection process. Further to the Court's comments at the February 11, 2026, hearing regarding the jury selection process, the parties jointly request that the Court summon 100 prospective jurors to start the jury selection process and complete the juror questionnaires on June 8, 2026. The parties jointly request that the jury selection process resume at 12:00 p.m. on June 9, 2026, so that the parties have sufficient time to review the questionnaires and meet and confer as necessary. Once jury selection resumes, the parties request that peremptory challenges be exercised with 35 prospective jurors present in Courtroom 9C and any remaining prospective jurors in the venire on standby in the hallway or an adjacent courtroom. This will ensure that there is no ambiguity or confusion regarding which prospective jurors are currently seated in the jury box at a given time throughout the selection process.

Stipulations. The government has proposed several (and will likely propose additional) stipulations to the defense in order to streamline the trial, and the defense anticipates proposing stipulations as well. The parties will meet and confer to discuss further.

Discovery. The court's standing order sets a discovery cutoff of May 26, 2026. The government has produced a significant amount of discovery to the defense on a rolling basis and has also responded to all of defense counsel's follow-up discovery

requests to date.  The government will also be producing, on an ongoing basis, additional *Jencks* materials and supplemental reports as the government prepares for trial.

To date, the defense has not produced any discovery to the government.  The defense will produce discovery to the government consistent with its obligations under the Federal Rules of Criminal Procedure and applicable case law.

Experts.  The Court set an expert disclosure deadline of February 4, 2026 (*see* Docket No. 26).  The government provided the defense with its expert disclosures on February 4, 2026.  The defense provided expert disclosures to the government on February 4, 2026, and supplemental disclosures on February 10, 18, and 25, 2026.  The government anticipates calling the following experts during its case-in-chief:

- Derek Hill – certified fire investigator and fire origin and cause expert
- Michael Abraham – electrical and electro-mechanical engineering expert
- Jonathan Butta – forensic fire research engineering expert
- Kevin Kelm – expert in the analysis and classification of behavioral patterns and motivational factors in arson cases
- Kevin Miner – expert in the field of fireworks, explosives and firework explosions, and firework acoustics
- Heather Leversen – DNA expert
- Joshua Pickens – geospatial information systems, cellular record analysis, and cellular telephone tracking expert
- Charles Moreno – cellphone extraction expert (if needed)
- French interpreter (if a stipulation cannot be reached)

The defense anticipates calling the following experts in the defense case:

- Ed Nordskog – fire origin and cause and arson profiling expert
- Tom Guzman – fire origin and cause and arson profiling expert
- Neil Broom – cell phone forensics and geolocation expert

Motions *in limine* and substantive motions.  The Court set a motion cutoff date of April 8, 2026, and a hearing date of May 13, 2026, for all motions, including motions *in*

*limine* (*see* Docket No. 68).  The government anticipates filing approximately four motions *in limine* on or before the motion cutoff date.  The defense anticipates filing approximately three motions *in limine* on or before the motion cutoff date.

On January 15, 2026, defense counsel filed a motion to suppress, and on January 28, 2026, the government filed its opposition to that motion.  Defense counsel withdrew the motion to suppress on February 9, 2026.  On March 6, 2026, defense counsel filed a second motion to suppress.  The government's opposition was filed on March 18, 2026.

Joint jury instructions and trial memorandum.  Consistent with the Court's standing order and order at the hearing on February 11, 2026, the joint jury instructions and trial memorandum will be filed on April 29, 2026.

Other trial documents.  Consistent with the Court's standing order and order at the hearing on February 11, 2026, the parties will file their joint statement of the case, proposed *voir dire* questions, verdict form, and the government will file its witness list and exhibit list, on May 6, 2026.