UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 25-0833-AH** | Date | April 15, 2026 |
|---|---|---|---|

Present: The Honorable  **ANNE HWANG, UNITED STATES DISTRICT JUDGE**

Interpreter   N/A

| YOLANDA SKIPPER | COURT SMART | MATTHEW W. O'BRIEN<br>DANBEE C. KIM<br>MARK A. WILLIAMS |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **JONATHAN RINDERKNECHT** | ✗ | ✗ | | **STEVEN A. HANEY** | ✗ | | ✗ |

**Proceedings:**   **HEARING RE: DEFENDANT'S MOTION TO SUPPRESS EVIDENCE [77]**

The case is called and counsel state their appearance.  The Court and counsel confer.

Following discussions with counsel, the Court advises counsel that after reviewing and considering all papers the Court hereby denies the motion to suppress [77], this will be the order as stated on the record.

IT IS ORDERED.

CC: USPO , PTS

___ : **30**

| CR0-11 | CRIMINAL MINUTES - GENERAL | **Initials of Deputy Clerk YS** |
|---|---|---|