Steven Haney Esq., *Pro Hac Vice*
Haney Law Group, PLLC
22815 Kelly Rd.
Eastpointe, MI 48021
Telephone: (248) 414-1470
E-Mail: steve@haneygroup.net

Attorneys for Defendant

Jacob A. Gillick, Esq., SBN 312336
Gillick Legal, APC
777 S. Alameda, 2nd Floor
Los Angeles, CA 90021
Telephone: (858) 250-0656
E-Mail: JGillick@GillickLegal.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN RINDERKNECHT<br><br>Defendants. | Case No. 2:25-cr-00833-AH<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE RULE 15 VIDEO DEPOSITION OF ARI SALLUS IN THE STATE OF CALIFORNIA AND FOR ISSUANCE OF SUBPOENA PURSUANT TO 28 U.S.C. § 1783**<br><br>Hearing Date: May 11, 2026<br>Courtroom: 9C<br>Judge: Hon. Anne Hwang<br><br>Trial Date: June 9, 2026 |

1

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 11, 2026, or as soon thereafter as the matter may be heard before the Honorable Anne Hwang, United States District Judge, in Courtroom 9C of the United States District Court for the Central District of California, defendant Jonathan Rinderknecht, by and through his counsel of record, will, and hereby does, move this Court for an Order (1) authorizing the defense to take the video deposition of material defense witness Ari Sallus in Los Angeles, California, pursuant to Federal Rule of Criminal Procedure 15, and (2) issuing a subpoena pursuant to 28 U.S.C. § 1783 compelling Mr. Sallus's attendance at that deposition.

This Motion is made on the grounds that (a) Mr. Sallus, a United States citizen, has relocated to the United Kingdom to attend medical school and cannot attend trial in the United States during the June 9, 2026 trial window; (b) Mr. Sallus's testimony is material, highly exculpatory, and indispensable to the defense; (c) exceptional circumstances exist warranting a Rule 15 deposition; (d) the Court has authority under Rule 15(c)(3) to authorize a video deposition, if necessary, at which defendant may participate meaningfully from the United States; and (e) 28 U.S.C. §§ 1783 and 1784 provide this Court with authority to compel Mr. Sallus's attendance and to enforce that compulsion.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Steven A. Haney filed herewith, the pleadings and records on file in this action, and such further evidence and argument as the Court may consider at or before the hearing.

/ / /

/ / /

/ / /

NOTICE AND MOTION UNDER RULE 15

**Local Rule 7-3 Compliance:** Counsel for defendant conferred with Assistant United States Attorney Mark A. Williams concerning the relief sought herein on April 22nd, 2026. The government opposes the Motion. The parties were unable to resolve the matter without Court intervention.

Dated: April 23, 2026

Respectfully submitted,

/s/ Steven A. Haney
**STEVEN A. HANEY**
HANEY LAW GROUP, PLLC
Attorney for Defendant
JONATHAN RINDERKNECHT

3