TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3359/8644/6530
     Email:     mark.williams@usdoj.gov
                matthew.o'brien@usdoj.gov
                danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JONATHAN RINDERKNECHT,<br>  aka "Jonathan Rinder,"<br>  aka "Jon Rinder,"<br><br>    Defendant. | No. CR 25-833-AH<br><br><u>ORDER RE: EXHIBIT LIST</u>  [137]<br><br>Trial Date:    June 8, 2026<br>Location:     Courtroom 9C of the<br>                Hon. Anne Hwang |

     The Court has read and considered the parties' Stipulation Regarding Exhibit List filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, provides good cause for the parties' request.

//

//

1

THEREFORE, FOR GOOD CAUSE SHOWN, the parties' exhibit list shall be filed on May 15, 2026.

IT IS SO ORDERED.

MAY 5, 2026
 Date

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
MARK A. WILLIAMS
Assistant United States Attorney

2