TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3359/8644/6530
    Email:      mark.williams@usdoj.gov
               matthew.o'brien@usdoj.gov
               danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JONATHAN RINDERKNECHT,<br>  aka "Jonathan Rinder,"<br>  aka "Jon Rinder,"<br><br>        Defendant. | No. CR 25-833-AH<br><br>STIPULATION RE: VIDEO TESTIMONY<br><br>Trial Date:    June 8, 2026<br>Location:     Courtroom 9C of the<br>               Hon. Anne Hwang |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, and Danbee C. Kim, and defendant JONATHAN RINDERKNECHT, by and through his counsel of record, Steven A. Haney, hereby stipulate as follows:

//

//

1

1. Trial in this matter is scheduled for June 8, 2026.

2. On May 4, 2026, the defense filed a motion seeking to depose witness Ari Sallus in advance of trial pursuant to Rule 15 of the Federal Rules of Criminal Procedure (the "Rule 15 Motion"). (Dkt. No. 136.)

3. Mr. Sallus is a U.S. citizen attending veterinary school in England. He will be attending school in England during trial. He is sought as a defense witness at trial. He has been served with a trial subpoena and acknowledged that he understands that the subpoena requires him to appear at trial. The parties estimate that Mr. Sallus' testimony in the defense case will last approximately one hour.

4. The parties met and conferred regarding Mr. Sallus' trial testimony in light of his unique circumstances. The parties stipulate and request that the Court permit Mr. Sallus to testify live at trial via Zoom (or other video teleconferencing technology). The government also discussed this matter with Mr. Sallus' attorney who concurred with this request.

5. The parties agree to meet and confer further regarding Mr. Sallas' expected video testimony date and to coordinate with courtroom technology staff.

//

//

2

6.    Based on this stipulation, the defense agrees to file a notice of withdrawal of the Rule 15 Motion.

SO STIPULATED.

Dated: May 5, 2026                          Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division


_____/s/_____
MARK A. WILLIAMS
MATTHEW W. O'BRIEN
DANBEE C. KIM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: May 5, 2026                          Respectfully submitted,



_____/s/ per email authorization on May 5, 2026_
STEVEN A. HANEY

Attorney for Defendant
JONATHAN RINDERKNECHT

3