TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
  1400 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-3359/8644/6530
  Email:  mark.williams@usdoj.gov
       matthew.o'brien@usdoj.gov
       danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN RINDERKNECHT,<br> aka "Jonathan Rinder,"<br> aka "Jon Rinder,"<br><br>Defendant. | Case No. 25-833-AH<br><br>STIPULATION RE: DAUBERT HEARING |

   Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, and Danbee C. Kim and defendant Jonathan Rinderknecht, by and through his counsel of record, Steven A. Haney, Sr. hereby stipulate and request as follows:

   1. Defendant JONATHAN RINDERKNECHT ("defendant") is charged in a three-count indictment with violations of 18 U.S.C. § 844(f)(1) (Destruction of

Property by Means of Fire), 18 U.S.C. § 844(i) (Arson Affecting Property Used in Interstate Commerce), and 18 U.S.C. § 1855 (Timber Set Afire).

2. Trial is set for June 8, 2026, and a pretrial conference is scheduled for May 20, 2026.

3. There are six pending motions in limine, including the government's motion to partially exclude defense expert testimony of Mr. Edward Nordskog and Mr. Thomas Guzman, and the defense's motion to exclude expert testimony related to Dr. Kevin Kelm. The motion hearing is scheduled for May 11, 2026.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

4. The parties agree that the Court has enough information to decide the motions at the hearing on May 11, 2026. However, in the event the Court determines that a <u>Daubert</u> hearing is necessary, the parties request that such hearing be scheduled for May 20, 2026, the date of the pretrial conference, to accommodate for scheduling and travel requirements of Dr. Kevin L. Kelm, Mr. Edward Nordskog, and Mr. Thomas Guzman.

SO STIPULATED.

Dated: May 6, 2026                    Respectfully submitted,


                                      /s/
                                      MARK A. WILLIAMS
                                      MATTHEW W. O'BRIEN
                                      DANBEE C. KIM
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA



Dated: May 6, 2026                    /s/
                                      STEVEN A. HANEY

                                      Attorney for Defendant
                                      JONATHAN RINDERKNECHT