TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:   (213) 894-3359/8644/6530
     Email:       mark.williams@usdoj.gov
                  matthew.o'brien@usdoj.gov
                  danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 25-833-AH |
|---|---|
| Plaintiff, | |
| v. | ORDER ON STIPULATION RE: DAUBERT HEARING   [140] |
| JONATHAN RINDERKNECHT, aka "Jonathan Rinder," aka "Jon Rinder," | |
| Defendant. | |

//

//

//

//

//

//

The Court has read and considered the Stipulation re: Daubert Hearing filed by the parties in this matter.  (Dkt. No. 140.)  In the event the Court determines that a Daubert hearing is necessary, the Court will set the hearing for May 20, 2026 at 10:00 a.m.

IT IS SO ORDERED.

MAY 8, 2026
_____
DATE

_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
DANBEE C. KIM
Assistant United States Attorney