TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3359/8644/6530
    Email:    mark.williams@usdoj.gov
            matthew.o'brien@usdoj.gov
            danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JONATHAN RINDERKNECHT,<br>  aka "Jonathan Rinder,"<br>  aka "Jon Rinder,"<br><br>        Defendant. | Case No. 25-833-AH<br><br>GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER DISCLOSING TRANSCRIPT OF SEALED PROCEEDING TO GOVERNMENT; DECLARATION OF DANBEE C. KIM |

      Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, and Danbee C. Kim, hereby applies ex parte for an order allowing the disclosure of a transcript of the sealed portion of the proceeding held on May 11, 2026 to the government.

      This ex parte application is based upon the attached declaration of Danbee C.

Kim.  On May 11, 2026, the undersigned counsel confirmed that defense counsel does not oppose this application.

Dated: May 12, 2026                     Respectfully submitted,


                                        /s/
                                        MARK A. WILLIAMS
                                        MATTHEW W. O'BRIEN
                                        DANBEE C. KIM
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

**DECLARATION OF DANBEE C. KIM**

I, Danbee C. Kim, declare as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am an attorney representing the government in this case.

2.      On May 11, 2026, the Court held a hearing regarding several Motions in Limine. The Court sealed the hearing regarding the Government's Motion in Limine to Admit Evidence of Defendant's Mental State and Defendant's Motion in Limine to Exclude Testimony by Dr. Kevin L. Kelm. During the sealed portion of the hearing, the Court explained the parameters and scope of its rulings. Access to the transcript is necessary to ensure the government accurately understands and fully complies with the Court's directives and any limitations.

4.      I have communicated with defendant's attorney, Steve Haney, who does not object to the disclosure to the government of the transcript of the sealed portion of the hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 11, 2026.

/s/
DANBEE C. KIM
Assistant United States Attorney