UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 25-0833-AH** | Date | MAY 11, 2026 |
|---|---|---|---|

| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| YOLANDA SKIPPER | COURT SMART | MATTHEW W. O'BRIEN<br>DANBEE C. KIM<br>MARK A. WILLIAMS |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **JONATHAN RINDERKNECHT** | ✗ | ✗ | | **STEVEN A. HANEY** | ✗ | | ✗ |

**Proceedings:    HEARING RE: VARIOUS MOTIONS IN LIMINE**

The case is called and counsel state their appearance.  The Court and counsel confer.

Following discussions with counsel, the Court advises counsel that the Defendant's Motion in Limine to Allow Evidence of Agent Matthew Beals' Prior Investigation and Testimony Re USS Bonhomme Richard Arson **[76]**, is denied as stated on the record.   Defendant's motion for discovery deposition of Ari Sallus pursuant to Rule 15 **[136]**, has been withdrawn.

The Government's motion in limine to exclude expert testimony **[81]**, and Government's motion in limine to admit evidence of Defendant's mental state **[88]**, are hereby granted in part and denied in part.

Government's MOTION in Limine to Exclude Evidence and Argument Regarding the Response of the Los Angeles Fire Department to the Fire Defendant Ignited, [**89**], and Defendant's MOTION in Limine to Admit Evidence of Intervening Causes **[91]** are hereby continued to **MAY 20, 2026 at 10:00 a.m.**   Counsel shall file any supplemental briefing re the common understanding of the crime of arson, which is due by no later than May 18, 2026.

The Court then excuses anyone not part of either party to please exit the courtroom and seals the transcript and courtroom for this portion of the hearing.    After discussion with counsel, the Court advises counsel that the SEALED Government's motion in limine to admit evidence of Defendant's mental state **[87]** and the SEALED Defendant's motion in limine No. 1 and Daubert motion to exclude the opinion testimony of Government Expert Dr. Kevin L. Kelm **[90][100]**, are  granted in part and denied in part for the reasons stated on the record.

IT IS SO ORDERED.

CC: USPO , PTS

<u>     1  </u> : <u> 15  </u>

| CR0-11 | CRIMINAL MINUTES - GENERAL | **Initials of Deputy Clerk** <u>YS</u> |
|---|---|---|