UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

*CORRECTED AMENDED*

| Case No. | CR 25-0833-AH | Date | MAY 20, 2026 |
|---|---|---|---|

Present: The Honorable     ANNE HWANG, UNITED STATES DISTRICT JUDGE

Interpreter     N/A

| YOLANDA SKIPPER | COURT SMART | MATTHEW W. O'BRIEN<br>DANABEE C. KIM<br>MARK A. WILLIAMS |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JONATHAN RINDERKNECHT | X | X | | STEVEN A. HANEY | X | X | |

Proceedings:     **HEARING RE: DAUBERT; PRETRIAL CONFERENCE AND GOVERNMENT MOTION IN LIMINE [89] AND DEFENDANT'S MOTION IN LIIMINE [91]**

The case is called and counsel state their appearance. The Court and counsel confer. Pretrial conference is held.   Jury questionnaire, special verdict form, jury instructions, Courtroom 1 and trial preparations are discussed.

Following discussions with counsel, the Court advises counsel that Government's motion in limine to exclude evidence and argument re the response of the Los Angeles Fire Department to the fire defendant ignited [89] and the Defendant's motion in limine to admit evidence of intervening causes [91], are hereby granted in part and denied in part.   The Court will order the parties to meet and confer re the bible burning, translations, and instructions.  Counsel shall file the final witness list, lodged exhibits and file briefs, by no later than May 26, 2026 by 9am, as stated on the record.

The Court will set a Further Pretrial Conference on **MAY 27, 2026 at 10:00 a.m.**  *The Court further orders the parties to file any briefing re the two fires by 9:00 a.m. on May 26, 2026, and to lodge the digital exhibits and briefs regarding any disputed exhibits on* **May 29, 2026.**

IT IS SO ORDERED.

CC: USPO , PTS

: 58

| CR0-11 | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk YS |
|---|---|---|