UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 25-0833-AH** | | Date | MAY 27, 2026 |
|---|---|---|---|---|

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

Interpreter    N/A

| YOLANDA SKIPPER | COURT SMART | MATTHEW W. O'BRIEN<br>DANABEE C. KIM<br>MARK A. WILLIAMS |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **JONATHAN RINDERKNECHT** | ✗ | ✗ | | **STEVEN A. HANEY** | ✗ | | ✗ |

**Proceedings:    HEARING RE: FURTHER STATUS CONFERENCE**

The case is called and counsel state their appearance. The Court and counsel confer. Status conference is held.

Following discussions with counsel, the Court advises counsel to meet and confer re the remaining disputed exhibits. The Court will set a Final Status Conference on **JUNE 3, 2026 at 10:00 a.m.**

IT IS SO ORDERED.

CC: USPO , PTS

                                                                                                     __: 53

| CR0-11 | CRIMINAL MINUTES - GENERAL | **Initials of Deputy Clerk <u>YS</u>** |
|---|---|---|