## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES - GENERAL

| Case No. | CR 25-0833-AH | Date | JUNE 9, 2026 |
|---|---|---|---|

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE PRESIDING

Interpreter    N/A

| YOLANDA SKIPPER | MIRANDA ALGORRI | MATTHEW W. O'BRIEN<br>DANBEE C. KIM<br>MARK A. WILLIAMS |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **JONATHAN RINDERKNECHT** | X | X | | STEVEN A. HANEY | X | | X |

**Proceedings:    JURY TRIAL**

___ Day <u>COURT TRIAL</u>                **2nd** Day <u>JURY TRIAL</u>        ___ Death Penalty Phase
___ One day trial; ___ Begun (1st day);    _X_ Held & continued;        ___ Completed by jury
                                                                      verdict/submitted to court.

_X_ The Jury is impaneled and sworn.
___ Opening statements made: _____
___ Witnesses called, sworn and testified.    ___ Exhibits identified ___ Exhibits admitted
___ Government rests.            ___ Defendant(s) _____ rests.
___ Motion for mistrial by _____ is    ___ granted ___ denied ___ submitted
___ Motion for judgment of acquittal (FRCrP 29) is    ___ granted ___ denied ___ submitted
___ Closing arguments made    ___ Court instructs jury        ___ Bailiff sworn
___ Alternates excused        ___ Jury retires to deliberate ___ Jury resumes deliberations
___ Findings by Court as follows:            ___ Jury Verdict as follows:
___ Dft # ___ Guilty on counts(s)            ___ Not Guilty on count(s)
___ Jury polled                ___ Polling waived
___ Filed Witness & Exhibit lists __Filed Jury notes ___ Filed Jury Instructions___ Filed Jury Verdict
___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for
                                                            sentencing.
___ Dft # __ remanded to custody. _ Remand/Release # ___ issd. ___ Dft # __ released from custody.
___ Bond exonerated as to Dft # _____
_X_ Case continued to **JUNE 10, 2026 AT 9:00 a.m.** for further trial/further jury deliberation.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
<u>Other</u>:

                                            ___3___ : _27_

CC: USPO, PTS, USM

CR0-78            CRIMINAL MINUTES - TRIAL            Initials of Deputy Clerk <u>YS</u>