TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
  1400 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-3359/8644/6530
  Email:  mark.williams@usdoj.gov
      matthew.o'brien@usdoj.gov
      danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JONATHAN RINDERKNECHT,<br> aka "Jonathan Rinder,"<br> aka "Jon Rinder,"<br><br>   Defendant. | No. 25-CR-833-AH<br><br>TRIAL STIPULATION NO. 1<br><br>Trial Date: June 8, 2026 |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, and Danbee C. Kim, and defendant JONATHAN RINDERKNECHT ("defendant"), both individually and by and through his counsel of record, Steven A. Haney, Sr., hereby submit these joint stipulations to be read to the jury during the trial of this matter, and to be introduced as

1

exhibits. The parties stipulate and agree that the attached stipulations shall be received as evidence at trial for all purposes without objection.

IT IS SO STIPULATED.

Dated: June 1, 2026                    Respectfully submitted,

_____/s/_____
MARK A. WILLIAMS
MATTHEW W. O'BRIEN
DANBEE C. KIM
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: June __, 2026

_____
STEVEN A. HANEY, SR.
Attorney for Defendant
JONATHAN RINDERKNECHT

Dated: June __, 2026

_____
JONATHAN RINDERKNECHT
Defendant

2

<u>Stipulation No. 1:</u>

1.      On about February 26, 2025, Detective Matthew Casalicchio with the Los Angeles Police Department ("LAPD") received the green Bic lighter, marked Government's Exhibit 1981, from Special Agent Michael Montevidoni with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), Los Angeles Field Division. Detective Casalicchio swabbed the lighter trigger (Item No. 002-001) and the lighter handle and safety button (Item No. 002-002) for DNA analysis. The swabs were sealed in separate packaging and sent to the LAPD Forensic Science Division. Government's Exhibits 1507, 1508, and 1510 contain photographs of the packaging

2.      On or about July 3, 2025, pursuant to a federal search warrant, ATF Special Agent Stefani Brown swabbed the interior of defendant Jonathan Rinderknecht's cheek to obtain a buccal swab sample (Item No. 003-001) for DNA analysis. The swab was sealed in packaging and sent to the LAPD Forensic Science Division

3.      LAPD Forensic Science Analyst Heather Leversen received the three swabs (Item No. 002-001, 0002-002, and 003-001).

4.      The parties agree and stipulate that this stipulation be entered into evidence at trial. This stipulation constitutes conclusive proof of the above matters for all purposes.