**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 25-0833-AH** | | Date | JUNE 17, 2026 |
|---|---|---|---|---|

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE PRESIDING

Interpreter    N/A

| YOLANDA SKIPPER | MARIA BUSTILLOS | MATTHEW W. O'BRIEN<br>DANBEE C. KIM<br>MARK A. WILLIAMS |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **JONATHAN RINDERKNECHT** | ✗ | ✗ | | STEVEN A. HANEY | ✗ | | ✗ |

**Proceedings:    JURY TRIAL**

____ Day <u>COURT TRIAL</u>          **7TH Day JURY TRIAL**     ____ Death Penalty Phase
____ One day trial; ____ Begun (1st day);   _X_ Held & continued;     ____ Completed by jury
                                                                                                        verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made_____
_X_ Witnesses called, sworn and testified.     _X_ Exhibits identified     _X_ Exhibits admitted
____ Government rests.          ____ Defendant(s) _____ rests.
____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted
____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted
____ Closing arguments made    ____ Court instructs jury          ____ Bailiff sworn
____ Alternates excused          ____ Jury retires to deliberate ____ Jury resumes deliberations
____ Findings by Court as follows:          ____ Jury Verdict as follows:
____ Dft # ____ Guilty on counts(s)          ____ Not Guilty on count(s)
____ Jury polled          ____ Polling waived
____ Filed Witness & Exhibit lists ___Filed Jury notes ___ Filed Jury Instructions____ Filed Jury Verdict
____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for
                                                                                                        sentencing.
____ Dft # ___ remanded to custody. _ Remand/Release # ____ issd. ___ Dft # ___ released from custody.
____ Bond exonerated as to Dft # _____
_X_ Case continued to **JUNE 18, 2026 AT 8:15 a.m.** for further trial/further jury deliberation.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial.  Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Other:

                                                                                        6 :25

CC: USPO, PTS, USM