**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 25-0833-AH** | | | Date | JUNE 24, 2026 |
|---|---|---|---|---|---|

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE PRESIDING

Interpreter    N/A

| YOLANDA SKIPPER | MIRANDA ALGORRI | MATTHEW W. O'BRIEN<br>DANBEE C. KIM<br>MARK A. WILLIAMS |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **JONATHAN RINDERKNECHT** | ✗ | ✗ | | STEVEN A. HANEY | ✗ | | ✗ |

**Proceedings:    JURY TRIAL**

____ Day COURT TRIAL        **11TH Day JURY TRIAL** ____ Death Penalty Phase

____ One day trial; ____ Begun (1st day);    _X_ Held & continued;        ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made_____

____ Witnesses called, sworn and testified.    ____ Exhibits identified ____ Exhibits admitted

____ Government rests.        ____ Defendant(s) rests.

____ Motion for mistrial by _____ is    ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is    ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury____ Bailiff sworn

____ Alternates excused        ____ Jury retires to deliberate    _X_ Jury resumes deliberations

____ Findings by Court as follows:        ____ Jury Verdict as follows:

____ Dft # ____ Guilty on counts(s)        ____ Not Guilty on count(s)

____ Jury polled        ____ Polling waived

____ Filed Witness & Exhibit lists ___Filed Jury notes ___ Filed Jury Instructions____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ___ remanded to custody. _ Remand/Release # ____ issd. ___ Dft # ___ released from custody.

____ Bond exonerated as to Dft # _____

_X_ Case continued to **JUNE 25, 2026 AT 8:00 a.m.** for further trial/further jury deliberation.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

____ Other:

_____ :06

CC: USPO, PTS, USM

| CR0-78 | CRIMINAL MINUTES - TRIAL | Initials of Deputy Clerk YS |
|---|---|---|