UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form.  (*Additional instructions on next page.*)

COURT USE ONLY
**DUE DATE:**

| | |
|---|---|
| 1a. Contact Person for this Order | Ann Russo |
| 2a. Contact Phone Number | 818-851-3850 |
| 3a. Contact E-mail Address | arusso@arobertsonlaw.com |
| 1b. Attorney Name (if different) | Alexander Robertson, IV |
| 2b. Attorney Phone Number | 818-851-3850 |
| 3b. Attorney E-mail Address | arobertsonlaw.com@arobertsonlaw.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Alexander Robertson, IV
(CA State Bar No. 127042)
Robertson & Associates, LLP
32121 Lindero Canyon Road, Suite 200
Westlake Village, CA 91361

| | |
|---|---|
| 5. Name & Role of Party Represented | Non-Party |
| 6. Case Name | U.S. v. Rinderknecht |
| 7a. District Court Case Number | 2:25-cr-0833-AH |
| 7b. Appeals Court Case Number | N/A |

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):

☒ DIGITALLY RECORDED     ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miranda Algorri

9. THIS TRANSCRIPT ORDER IS FOR:  ☐ Appeal ☒ Non-Appeal    ☒ Criminal ☐ Civil    ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):  *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)*

c. RELEASE OF TRANS. RESTRICTION DATE

d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE (*Provide release date of efiled transcript, or check to certify none yet on file.*) | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/23/2026 | | A. Hwang | Daily Transcript | ◉ | ○ | ○ | ○ | ○ | ○ | ○ _____ | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.  *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

This request is necessary. I currently serve as Co-Liaison Counsel for the Individual Plaintiffs in the *Palisades Fire Litigation,* LASC Lead Case No. 25STCV00832, which occurred on January 7, 2025.

12. ORDER & CERTIFICATION.  By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

| | | | |
|---|---|---|---|
| Date | June 25, 2026 | Signature | Alexander Robertson, IV |

G-120 (06/18)