## LIST OF EXHIBITS AND WITNESSES

| | |
|---|---|
| **Case Number:** CR 25-0833-AH: USA V. JONATHAN RINDERKNECHT | CLERK, U.S. DISTRICT COURT<br>JUN 26 2026<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

**Judge:** Honorable Anne Hwang, United States District Court Judge

**Dates of JURY TRIAL :** 6/8/26; 6/9/26; 6/10/26; 6/11/26; 6/12/26; 6/15/26; 6/17/26; 6/18/26; 6/22/26; 6/23/26; 6/24/26 6/25/26, 6/26/26

**Court Reporters:** Miranda Algorri, Maria Bustillos

**Deputy Clerks :** Yolanda Skipper

| Attorney(s) for Plaintiff(s)/Petitioner(s) | Attorney(s) for Defendant(s)/Respondent(s) |
|---|---|
| Matthew W. O'Brien, AUSA;<br><br>Danbee C. Kim, AUSA ; Mark A. Williams, AUSA | Steven A. Haney |

| Plaintiff(s) Ex. No. | Id. | Ev. | Defendant(s) Ex. No. | Id. | Ev. | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| 603A | 6/10/26 | 6/10/26 | | | | | GOVT |
| 1779A | 6/10/26 | 6/10/26 | | | | VIDEO CLIP | GOVT |
| 1783 A | 6/10/26 | 6/10/26 | | | | | GOVT |
| 1301-1444 | 6/18/26 | | | | | | GOVT |
| 2715 | 6/18/26 | | | | | | GOVT |
| 876A | 6/18/26 | 6/18/26 | | | | | GOVT |
| 876B | 6/18/26 | 6/18/26 | | | | | GOVT |
| | | | | | | | GOVT |

| USA v. RINDERKNECHT, 2:25-CR-833-AH, ADMITTED DIGITAL EXHIBITS |
| --- |
| 0001.mp4 |
| 0003.mp4 |
| 0004.mp4 |
| 0004A.mp4 |
| 0005.mp4 |
| 0006.mp4 |
| 0007.mp4 |
| 0008.mp4 |
| 0009.mp4 |
| 0010.mp4 |
| 0011.mp4 |
| 0016.mp4 |
| 0020.mp4 |
| 0021.mp4 |
| 0027.mp4 |
| 0032.mp4 |
| 0034.MP4 |
| 0035.MP4 |
| 0055.wav |
| 0065.mp4 |
| 0066.mp4 |
| 0067.mp4 |
| 0068.mp4 |
| 0069.mp4 |
| 0070.mp4 |
| 0071.mp4 |
| 0072.mp4 |
| 0085.mp4 |
| 0086.mp4 |
| 0163.mov |
| 0286.mp4 |
| 0324.m4v |
| 0325.m4v |
| 0326.mp4 |
| 0406.mp4 |
| 0407.mp4 |
| 0427.mp4 |
| 0431.mp4 |
| 0449.mp4 |
| 0457.mp4 |
| 0469.mp4 |
| 0474.mp4 |
| 0475.mp4 |

0491.MOV
0544.mp4
0590.mp4
0603.MOV
0639.MOV
0640.mp4
0641.MP4
0642.MOV
0643.MOV
0644.MOV
0645.MOV
0646.MOV
0647.MOV
0648.MOV
0649.MOV
0650.MOV
0654.mp4
0667.MOV
0668.MOV
0678A.mp4
0679.MOV
0688A.mp4
0689.mp4
0690.mp4
0692.mkv
0868.mov
0869.mp4
0870.mp4
0871.mp4
0872.mp4
0874.mp4
0875.mp4
0876A.mp4
0876B.mp4
0879.mp4
0880.mp4
0883A.mp4
0883B.mp4
0886.mp4
0887.mp4
0888.mp4
0898.mp4
0899.mp4
0900.mp4

1201.mp4
1202.mp4
1203.mp4
1204.mp4
1205.mp4
1206.mp4
1207.mp4
1208.mp4
1209.mp4
1210.mp4
1607.mp4
1779A.mp4
1783A.mp4
1790.xlsx
1793.xlsx
1794.xlsx
1796.csv
1797.xlsx
1798.xlsx
1802.xlsx
1804.xlsx
1805.xlsx
1809.xlsx
1810.xlsx
1811.xlsx
1823.xlsx
1824.xlsx
1825.xlsx
1826.xlsx
1827.xlsx
1828.xlsx
1829.xlsx
1830.xlsx
1831.xlsx
1832.xlsx
1833.xlsx
1834.xlsx
1835.xlsx
1836.xlsx
1837.xlsx
1838.xlsx
1839.xlsx
1840.xlsx
1841.xlsx

1842.xlsx
1843.xlsx
1844.xlsx
1845.xlsx
1846.xlsx
1847.xlsx
1848.xlsx
1849.xlsx
1850.xlsx
1851.xlsx
1852.csv
1858.xlsx
1859.xlsx
1860.csv
1861.csv
1862.csv
1863.csv
1864.csv
1865.csv
1866.csv
1867.csv
1868.csv
1869.csv
1870.csv
1871.csv
1872.csv
1873.csv
1874.csv
1875.csv
1876.csv
1877.csv
1878.csv
1879.csv
1880.csv
1881.xlsx
1882.xlsx
1883.xlsx
1884.xlsx
1885.xlsx
1886.xlsx
1887.xlsx
1888.xlsx
1889.xlsx
1890.xlsx

7006.csv
7007.csv
7013.csv