FILED
CLERK, U.S. DISTRICT COURT

JUN 2 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Today's Date: 6/25/26

Time: 2:30 AM

UNITED STATES OF AMERICA,

        Plaintiff,

-v-

JONATHAN RINDERKNECHT,

        Defendant.

Case No. CR 25-0833- AH

*REDACTED AS TO*
*FOREPERSON SIGNATURE*

**JURY NOTE NUMBER # 4**

_____ THE JURY HAS REACHED AN UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

We have people on both sides that are dead-set, unwavering, and unwilling to change their opinion. We are at a standstill. We are unsure how to proceed.

Is there anything ▓▓ the Court can do to assist in the jury's deliberations? For example,

SIGNED: /S/

FOREPERSON OF THE JURY

would ▓▓ an additional instruction or the re-reading of any testimony help in the jury's deliberations? Do not the disclose the vote count in responding.