FILED
CLERK, U.S. DISTRICT COURT

JUN 2 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Today's Date: 6/25/26

Time: 3:40 a.p.m.

UNITED STATES OF AMERICA,

Plaintiff,

-v-

JONATHAN RINDERKNECHT,

Defendant.

Case No. CR 25-0833- AH

### REDACTED AS TO
### FOREPERSON SIGNATURE

**JURY NOTE NUMBER # 6**

____  THE JURY HAS REACHED AN UNANIMOUS VERDICT

_X_  THE JURY REQUESTS THE FOLLOWING:

WE CANNOT REACH A UNANIMOUS VERDICT ON ANY OF THE 3 ~~COUNT~~ AT CHARGES

The Court needs additional time. Please return tomorrow at 9:00 am. The Court will respond when you return at 9:00 am. Do

SIGNED: /s/

FOREPERSON OF THE JURY

not communicate in any way about this case.