FILED
CLERK, U.S. DISTRICT COURT
8/13/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN RINDERKNECHT,<br>aka "Jonathan Rinder,"<br>aka "Jon Rinder,"<br><br>Defendant. | 2:25-CR-833(A)-AH<br><br>FIRST SUPERSEDING INDICTMENT<br><br>[18 U.S.C. § 844(f)(1): Destruction of Property by Means of Fire; 18 U.S.C. § 844(i): Arson Affecting Property Used in Interstate Commerce] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 844(f)(1)]

On or about January 1, 2025, in Los Angeles County, within the Central District of California, defendant JONATHAN RINDERKNECHT, also known as "Jonathan Rinder" and "Jon Rinder," maliciously damaged and destroyed, by means of fire, specifically, the fire known as the Lachman Fire, real property in whole and in part owned and possessed by, or leased to, institutions and organizations receiving federal financial assistance, namely:

A. Real property owned or possessed by the Mountains Recreation and Conservation Authority, including the parcel identified by the Los Angeles County Assessor as Assessor Identification Number 4431-023-903; and

B. Real property owned or possessed by the State of California, including the parcel identified by the Los Angeles County Assessor as Assessor Identification Number 4431-023-902 in Topanga State Park.

COUNT TWO

[18 U.S.C. § 844(i)]

Beginning on or about January 1, 2025, and continuing through on or about January 31, 2025, in Los Angeles County, within the Central District of California, defendant JONATHAN RINDERKNECHT, also known as "Jonathan Rinder" and "Jon Rinder," maliciously damaged and destroyed, by means of fire, specifically, the fire known as the Lachman Fire and Palisades Fire, buildings and other real and personal property used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce, namely:

A. The Santa Monica Mountains National Recreation Area;

B. Buildings, parks and public lands owned or possessed by the State of California, including Topanga State Park and its commercial lessees;

C. Federally insured banks, including the Pacific Palisades branches of Bank of America and Chase Bank;

D. Commercial buildings and businesses, including those in the Palisades Village shopping center;

E. Rental properties;

///

///

F. Electrical and telecommunications equipment and infrastructure; and

G. Pacific Coast Highway.

A TRUE BILL

/S/

Foreperson

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental Crimes and Consumer Protection Section

MATTHEW W. O'BRIEN
DANBEE C. KIM
Assistant United States Attorneys
Environmental Crimes and Consumer Protection Section