FILED
CLERK, U.S. DISTRICT COURT
8/13/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

# *Memorandum*
# *2:25-CR-833(A)-AH*

| Subject: United States v. JONATHAN RINDERKNECHT | Date: August 10, 2026 |
|---|---|
| To: BRIAN KARTH<br>Clerk, United States District Court<br>Central District of California | From: MATTHEW O'BRIEN<br>Assistant United States Attorney<br>Criminal Division |

The above-referenced matter, being filed on August 13, 2026,

- Relates to (1) a matter pending in the Criminal Division of the USAO between May 2025 and September 2025, the time period during which Christina T. Shay served as the Criminal Division Chief; (2) a matter pending in the USAO between January 2023 and January 2025, April 2025 and May 2025, or January 2021 and June 2021, the time period during which Christina T. Shay served as the Executive Assistant United States Attorney; (3) a matter pending in the USAO between January 2025 and March 2025, or June 2022 and September 2022, the time period during which Christina T. Shay served as the Chief Assistant United States Attorney; (4) a matter pending in the Criminal Division of the USAO between June 2021 and May 2022, or September 2022 and January 2023, the time period during which Christina T. Shay served as the Criminal Division Deputy Chief; (5) a matter pending in the General Crimes Section of the USAO between August 2017 and January 2020, the time period during which Christina T. Shay served as a Deputy Chief of that section; and (6) a matter in which Christina T. Shay was personally involved or on which she was personally consulted while employed in the USAO (between January 2011 and September 2025).

*Matthew O'Brien*

MATTHEW O'BRIEN
Assistant United States Attorney