UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cr-00833-AH-1 | Date | August 19, 2026 |

Present: The Honorable ANNE HWANG, UNITED STATES DISTRICT JUDGE

Interpreter N/A

| Lesbith Castillo | COURT SMART | Matthew W. O'Brien |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Jonathan Rinderknecht** | ✗ | ✗ | | **Steven Alan Haney** | ✗ | | ✗ |

**ARRAIGNMENT RE 1ST SUPERSEDING INDICTMENT**

**Proceedings:** **STATUS CONFERENCE RE INDICTMENT**

The case is called and counsel state their appearance. Defendant is arraigned, and enters a NOT GUILTY plea to the First Superseding Indictment. The Court finds the plea voluntary and knowledgeable and accepts the plea. The Court sets the matter for trial on **November 2, 2026 at 8:30 a.m.** Government counsel will prepare a Stipulation and Proposed Order re: Findings for Excludable Time pursuant to the Speedy Trial Act.

IT IS SO ORDERED.

CC: USPO , PTS

___ : 10

 **Initials of Deputy Clerk lca**