# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CR 25-0833-(A)-AH** | Date | SEPTEMBER 24, 2026 |

| | |
|---|---|
| Present: The Honorable | ANNE HWANG UNITED STATES DISTRICT JUDGE PRESIDING |
| Interpreter | N/A |

| YOLANDA SKIPPER | NOT REPORTED | MATTHEW W. O'BRIAN<br>DANBEE C. KIM<br>MARK A. WILLIAMS<br>(Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **JONATHAN RINDERKNECHT** | NOT | ✗ | | STEVEN A. HANEY | NOT | | ✗ |
| | | | | JACOB A. GILLICK | NOT | | ✗ |

**Proceedings:** **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Government's MOTION in Limine to Admit Previously Excluded Evidence Regarding Defendant's Fixation on Fire, **[273]** and Government's Motion for jury instruction regarding The Los Angeles Fire Department **[275]**, currently scheduled for October 21, 2026, are hereby ordered continued to ***OCTOBER 22, 2026 at 10:00 a.m.***

IT IS SO ORDERED.

**CC: USPO/ PTS**