TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3359/8644/6530
Email: mark.williams@usdoj.gov
matthew.o'brien@usdoj.gov
danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN RINDERKNECHT,
aka "Jonathan Rinder,"
aka "Jon Rinder,"

Defendant.

Case No. 25-833(A)-AH

JOINT PROPOSED STATEMENT OF THE CASE

Trial Date: November 2, 2026

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, and Danbee C. Kim and defendant Jonathan Rinderknecht, by and through his counsel of record, Steven A. Haney, Sr. hereby submit their Joint Proposed Statement of the Case in the above-captioned case.

Dated: October 6, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division

*/s/*

MARK A. WILLIAMS
MATTHEW W. O'BRIEN
DANBEE C. KIM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 6, 2026

*/s/ per email authorization*

STEVEN A. HANEY, SR.

Attorney for Defendant
JONATHAN RINDERKNECHT

**JOINT PROPOSED STATEMENT OF THE CASE**

Defendant Jonathan Rinderknecht is charged by Indictment with two counts – one count of Destruction of Property by Means of Fire, and one count of Arson Affecting Property Used in Interstate Commerce. The Indictment alleges that in January 2025, Mr. Rinderknecht maliciously lit a fire that came to be known as the Lachman Fire and Palisades Fire. The Indictment also alleges that the fire damaged and destroyed property owned by institutions and organizations that received federal financial assistance and property used in or in any activity affecting interstate or foreign commerce.

Mr. Rinderknecht has pleaded not guilty and denies all of the charges in the Indictment.