TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3359/8644/6530
Email: mark.williams@usdoj.gov
matthew.o'brien@usdoj.gov
danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN RINDERKNECHT,
aka "Jonathan Rinder,"
aka "Jon Rinder,"

Defendant.

No. 25-CR-833(A)-AH

ORDER RE: STIPULATION RE: NO REFERENCE TO THE PRIOR TRIAL [287]

Trial: November 2, 2026
Pretrial Conference: October 22, 2026

The Court has read and considered the parties' Stipulation Regarding No Reference to the Prior Trial filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, provides good cause for the parties' request.

//

//

THEREFORE, FOR GOOD CAUSE SHOWN, the Court orders as follows:

During the trial commencing on November 2, 2026 (the "Second Trial"), any direct examination, cross examination, objection, or argument related to testimony or evidence in the prior trial in this matter that began on June 8, 2026 (the "First Trial") shall refer only to the testimony or evidence itself without mentioning the First Trial or any prior proceeding or trial. During the Second Trial, other than referencing the prior testimony or evidence itself (without mentioning any prior proceeding or trial), there will be no reference, comment, question, objection, evidence, or argument whatsoever related to the First Trial. The parties agree to admonish their respective witnesses to abide by this order at the Second Trial.

IT IS SO ORDERED.

OCTOBER 6, 2026

Date

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE

Presented by:

/s/

MARK A. WILLIAMS
Assistant United States Attorney