TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3359/8644/6530
Email: mark.a.williams@usdoj.gov
matthew.o'brien@usdoj.gov
danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN RINDERKNECHT,<br>aka "Jonathan Rinder,"<br>aka "Jon Rinder,"<br><br>Defendant. | No. CR 25-833(A)-AH<br><br><u>GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 2 TO EXCLUDE THE AI-GENERATED IMAGES AND TO REDACT AND LIMIT PUBLICATION OF GOVERNMENT EXHIBIT 7003</u><br><br>Hearing Date: October 22, 2026<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom of the Hon. Anne Hwang |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, and Danbee C. Kim, hereby files this opposition to defendant JONATHAN RINDERKNECHT's Motion <u>in Limine</u> No. 2 To Exclude the AI-Generated Images and To Redact and Limit Publication of Government Exhibit 7003 (Dkt. No. 280).

This opposition is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: October 9, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division

/s/
MARK A. WILLIAMS
MATTHEW W. O'BRIEN
DANBEE C. KIM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

The government opposes defendant JONATHAN RINDERKNECHT's ("defendant") Motion in Limine No. 1 To Exclude the AI-Generated Images and To Redact and Limit Publication of Government Exhibit 7003 (the "Motion," Dkt. No. 280).

As for the ChatGPT images, the government filed its own motion in limine on the exact same issue (Dkt. No. 273) two days before the defense filed the Motion. The government does not understand why the defense filed the Motion. For the Court's convenience, the government will not repeat the arguments from its own motion here. But the government obviously objects to the defense's requested relief for the reasons stated in the government's motion (Dkt. No. 273) and the government's forthcoming reply brief.

As for Exhibit 7003, the government did not seek to admit it at the first trial, and the government does not anticipate seeking to admit it in the upcoming trial. The government told the defense these facts during the meet-and-confer, so does not understand why the defense filed the Motion on this issue as well.

The government respectfully requests that the Court deny the Motion in its entirety.