# EXHIBIT F

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Palisades Fire | REDACTED | 141 |

## SUMMARY OF EVENT:

On January 24, 2025, SA/CFI Beals and Detective Knight conduct an interview of Jonathan RINDERKNECHT that lasted approximately nine hours.

## NARRATIVE:

The 101-page report of interview is attached due to Spartan's inability to accept reports with photographs, indentations, numbered paragraphs and other formatting.

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Matthew Beals | SA | | 03/08/2025 |
| **Authorized by:** | **Title:** | **Signature:** | **Date:** |
| Armando Ochoa | Resident Agent in Charge | | 03/10/2025 |
| **Second Level Reviewer (optional):** | **Title:** | **Signature:** | **Date:** |
| | | | |



ATF EF 3120.2 (10-2004)
For Official Use Only

79. RINDERKNECHT explained that his neighbor, Seth LNU, apartment 321, came to his apartment for dinner, offered him crack cocaine and sexually assaulted him.

80. RINDERKNECHT explained that Seth, who was totally naked, used his, Seth's, phone to cast pornography onto RINDERKNECHT's television. He also explained that Seth removed RINDERKNECHT's pants while RINDERKNECHT was cooking and pressed his, Seth's, face into RINDERKNECHT's buttocks.

81. Seth reportedly offered RINDERKNECHT to smoke crack multiple times, all of which he refused. RINDERKNECHT stated he started video recording some of Seth's behavior. He also reported calling a female friend via FaceTime and had her witness what was happening.

82. RINDERKNECHT stated Seth refused to leave his apartment, so he tricked him by moving Seth's crack pipes to an elevator down the hallway. RINDERKNECHT told Seth to find his crack pipes in the elevator, which caused Seth to leave, albeit completely naked.

83. RINDERKNECHT closed the door behind Seth and returned inside his apartment. Shortly thereafter he reported finding a dildo and a bag of crack in the loveseat cushions where Seth was sitting earlier. According to RINDERKNECHT, he left the dildo and crack at Seth's door.

84. RINDERKNECHT stated he contacted LAPD, which resulted in officers being dispatched. However, in the end, RINDERKNECHT chose not to press charges. RINDERKNECHT told investigators that if Seth were to go to jail, he would have been prohibited from attending an addiction rehabilitation center as part of an intervention.

85. RINDERKNECHT showed investigators portions of some of the videos he captured of Seth's behaviors using his Samsung phone. RINDERKNECHT maintained an Apple iPhone with or on his person throughout the interview. The black Samsung phone was on a table between RINDERKNECHT and SA/CFI Beals and underneath the window.

86. RINDERKNECHT denied having ever smoked crack. RINDERKNECHT played a recording from his FaceTime call wherein he told the unidentified female, "He asked me if I smoked. I was like, no." According to RINDERKNECHT, he thought Seth was referring to smoking marijuana or a cigarette. RINDERKNECHT stated, "I was down for a cigarette. Damn. I'm really down for a cigarette now."

87. RINDERKNECHT told investigators he still needed to get about his day, but explained his job was cancelled. RINDERKNECHT then offered to answer additional questions about the fire. SA/CFI Beals asked RINDERKNECHT if he was sure he had time to answer more

340. SA/CFI Beals presented RINDERKNECHT with four phones and one removeable storage drive that were found during the search of his residence. RINDERKNECHT took ownership of the Apple iPhone that was taken from his person (Search Warrant (SW) Item 8, Spartan Item 9), one black SanDisk 2.0 USB drive (SW Item 2, Spartan Item 11), one Samsung Galaxy S24 (SW Item 4, Spartan Item 13) and one Samsung Galaxy S21 (SW Item 6, Spartan Item 15). According to RINDERKNECHT, a blue/teal Apple iPhone 13 (SW Item 5, Spartan Item 14) belonged to a passenger who left the phone in his vehicle.

341. RINDERKNECHT stated Seth, his neighbor, used one of his, RINDERKNECHT's, phones to stream pornography to his television. RINDERKNECHT refused to provide the code that would unlock his primary device. RINDERKNECHT stated he wanted to speak with one of his siblings for direction. RINDERKNECHT expressed frustration when he confirmed he was not going to be reimbursed for his time spent with investigators.

342. RINDERKNECHT started to walk briskly toward his vehicle, which was approximately eight parking spaces away. SA/CFI Beals reminded RINDERKNECHT that he could not access his vehicle until the search was complete.

343. SA/CFI Beals then inquired with RINDERKNECHT as-to where he planned to wait until the searches were complete. RINDERKNECHT indicated he was going to continue to wait at his apartment building until he could regain possession of his apartment and things.

344. As the search for evidence in RINDERKNECHT's vehicle was nearing an end, SA/CFI Beals reapproached RINDERKNECHT, who was sitting outside the east end of his apartment building. RINDERKNECHT stated he used the gloves found in the trunk of his vehicle when exercising.

345. All recordings of RINDERKNECHT's interview and contacts were uploaded to evidence.com and are listed in the table below.

Table 1 Evidence.com Matrix of Recordings

| Filename | Recorder | Duration | Serial Number |
|---|---|---|---|
| 250124_0170.MP3 | SA/CFI Beals | 5h 3m | 5WTOM |
| 250124_0171.MP3 | SA/CFI Beals | 4h 59m | 5WTT0 |
| 250124_0172.MP3 | SA/CFI Beals | 11m 18s | 5WTH1 |
| 250124_0173.MP3 | SA/CFI Beals | 2m 42s | 5WTS5 |
| 2025-01-24_13_48_03.mp3 | Detective Knight | 4h 1m | 5WTWZ |
| 2025-01-24_08_47_58.mp3 | Detective Knight | 5h 0m | 5WTKV |
| bug_2025-01-24_11-47-16_EST.wav | SA/CFI Beals | 2h 47m | 6280T |