Steven Haney Esq., *Pro Hac Vice*
Haney Law Group, PLLC
22815 Kelly Rd.
Eastpointe, MI 48021
Telephone: (248) 414-1470
E-Mail: steve@haneygroup.net

Attorneys for Defendant

Jacob A. Gillick, Esq., SBN 312336
Gillick Legal, APC
777 S. Alameda, 2nd Floor
Los Angeles, CA 90021
Telephone: (858) 250-0656
E-Mail: JGillick@GillickLegal.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

v.

JONATHAN RINDERKNECHT
aka "Jonathan Rinder,"
aka "Jon Rinder,"

Defendant.

Case No. 2:25-cr-00833(A)-AH

**JOINT STIPULATION RE: AUTHENTICITY AND ADMISSIBILITY OF ATF FIRE RESEARCH LABORATORY LIGHTER TEST VIDEOS (DEFENSE EXHIBITS 3118, 3119, 3120, 3118-A, 3119-A AND 3120-A)**

Pretrial Conference: October 22, 2026
Trial: November 2, 2026

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, and Danbee C. Kim, and defendant JONATHAN RINDERKNECHT ("defendant"), by and through his counsel of record, Steven A. Haney, Sr., hereby stipulate and agree as follows:

1. Defense Exhibits 3118, 3119, and 3120 are excerpts of the video recordings made by the ATF Fire Research Laboratory of Open-Flame Ignition Tests 3, 4, and 5 in FRL Project 25A0030_11. Defense Exhibits 3118-A, 3119-A, and 3120-A are the complete video recordings of those same tests (together, the "Lighter Test Videos").

2. Each of the Lighter Test Videos is a true and accurate recording of the testing it depicts. Defense Exhibits 3118, 3119, and 3120 have not been altered in any way other than being shortened from the complete recordings.

3. The Lighter Test Videos are authentic under Federal Rule of Evidence 901, and no witness need be called to lay a foundation for them.

4. The Lighter Test Videos are admitted into evidence at trial and may be published to the jury, in whole or in part, by either party, including during opening statements.

5. This stipulation concerns authenticity and admissibility only. Each party remains free to argue the weight and meaning of the Lighter Test Videos.

IT IS SO STIPULATED.

Dated: October 20, 2026

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

Mark A. Williams

MARK A. WILLIAMS
MATTHEW W. O'BRIEN
DANBEE C. KIM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 21, 2026

HANEY LAW GROUP, PLLC

STEVEN A. HANEY, SR. (P63947)
Attorney for Defendant
JONATHAN RINDERKNECHT