Steven Haney Esq., *Pro Hac Vice*
Haney Law Group, PLLC
22815 Kelly Rd.
Eastpointe, MI 48021
Telephone: (248) 414-1470
E-Mail: steve@haneygroup.net
Attorney for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

v.

JONATHAN RINDERKNECHT
aka "Jonathan Rinder,"
aka "Jon Rinder,"

Defendant.

Case No. 2:25-cr-00833(A)-AH

**ORDER RE: JOINT STIPULATION RE: AUTHENTICITY AND ADMISSIBILITY OF ATF FIRE RESEARCH LABORATORY LIGHTER TEST VIDEOS [309]**

(DEFENSE EXHIBITS 3118, 3119, 3120, 3118-A, 3119-A AND 3120-A)

Pretrial Conference: October 22, 2026
Trial: November 2, 2026

The Court has read and considered the parties' Joint Stipulation re: Authenticity and Admissibility of ATF Fire Research Laboratory Lighter Test Videos (Defense Exhibits 3118, 3119, 3120, 3118-A, 3119-A and 3120-A) (the "Stipulation"). Good cause appearing, the Stipulation is APPROVED, and IT IS HEREBY ORDERED that:

1. Defense Exhibits 3118, 3119, and 3120 (excerpts) and Defense Exhibits

3118-A, 3119-A, and 3120-A (complete recordings) of the ATF Fire Research Laboratory's Open-Flame Ignition Tests 3, 4, and 5 in FRL Project 25A0030_11 (together, the "Lighter Test Videos") are authentic under Federal Rule of Evidence 901, and no witness need be called to lay a foundation for them.

2. The Lighter Test Videos are admitted into evidence at trial and may be published to the jury, in whole or in part, by either party, including during opening statements.

3. This Order concerns authenticity and admissibility only. Each party remains free to argue the weight and meaning of the Lighter Test Videos.

IT IS SO ORDERED.

Dated: OCTOBER 22, 2026

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE