TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3359/8644/6530
Email: mark.williams@usdoj.gov
matthew.o'brien@usdoj.gov
danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN RINDERKNECHT,
aka "Jonathan Rinder,"
aka "Jon Rinder,"

Defendant.

Case No. 25-CR-833(A)-AH

STIPULATION REGARDING TRIAL EXHIBITS

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, and Danbee C. Kim, and defendant JONATHAN RINDERKNECHT, by and through his counsel of record, Steven Haney, hereby agree and stipulate as follows:

1. Government trial exhibits 1-6, 8-20, 26-39, 41-65, 72-76, 82-93, 101-115, 117, 120, 127-134, 142-144, 170-178, 186-191, 206-259A, 272-273, 280-286, 294-326,

330-332, 348-361, 365-377, 380-383, 393-395, 399-403, 408-413A, 421-425A, 432-445, and 454-463 are authentic and admissible at trial through a witness competent to identify and lay foundation regarding the nature for each respective exhibit.

2. Defense trial exhibits 3003-3004, 3005, 3006-3009, 3007A, 3008A, 3008B, 3013, 3014, 3017-3022, 3023-3026 (subject to agreed upon text redactions), 3027-3029, 3032-3033 (video only, no audio), 3034-3042, 3043A, 3045, 3046, 3060, 3061A, 3062-3070, 3074, 3081, 3096, 3105, and 3118-3120A are authentic and admissible at trial through a witness competent to identify and lay foundation regarding the nature for each respective exhibit.

SO STIPULATED.

Dated: October 29, 2026

Respectfully submitted,

/s/

MARK A. WILLIAMS
MATTHEW W. O'BRIEN
DANBEE C. KIM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 29, 2026

Respectfully submitted,

/s/

STEVEN A. HANEY

Attorney for Defendant
JONATHAN RINDERKNECHT