UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CR 25-0833-AH** | Date | OCTOBER 29, 2026 |

Present: The Honorable ANNE HWANG, UNITED STATES DISTRICT JUDGE

Interpreter N/A

| YOLANDA SKIPPER | COURT SMART | MATTHEW W. O'BRIEN<br>DANABEE C. KIM<br>MARK A. WILLIAMS |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **JONATHAN RINDERKNECHT** | ✗ | ✗ | | **STEVEN A. HANEY** | ✗ | ✗ | |

**Proceedings:** **HEARING RE: FURTHER STATUS CONFERENCE; MOTION IN LIMINE RE IMPERMISSIBLE DEFENSE EXPERT TESTIMONY [302]**

The case is called and counsel state their appearance.

Samanda Mcaninch is present with defense counsel. The Court and counsel confer. Status conference is held. Revised jury questionnaire, experts, witness list, witness testimony, uber passengers, smoke smoldering issues are discussed. Preparation for trial is further discussed.

Following discussions with counsel, the Court advises counsel that Government's motion in limine [302] is grant in part and denied in part.

Counsel to meet and confer and all briefing is due no later than October 30, 2026. Jury trial is set for November 2, 2026 at 8:30 a.m.

IT IS SO ORDERED.

CC: USPO , PTS

1 : 51