Steven A. Haney, Sr., Esq. (Mich. Bar No. P63947)
*Admitted Pro Hac Vice*
Haney Law Group, PLLC
22815 Kelly Rd.
Eastpointe, MI 48021
Telephone: (248) 414-1470
E-Mail: Steve@haneygroup.net

Attorney for Defendant
JONATHAN RINDERKNECHT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JONATHAN RINDERKNECHT,<br>aka "Jonathan Rinder,"<br>aka "Jon Rinder,"<br>Defendant. | Case No. 2:25-cr-00833-AH<br>**ORDER RE: JOINT STIPULATION RE: AUTHENTICITY AND ADMISSIBILITY OF 911 CALLS (GOVERNMENT EXHIBITS 42 AND 48; DEFENSE EXHIBITS 3001 AND 3002) [332]**<br>Trial Date: November 2, 2026<br>Courtroom of the Hon. Anne Hwang |

The Court has read and considered the parties' Joint Stipulation re: Authenticity and Admissibility of the 911 Calls (Government Exhibits 42 and 48; Defense Exhibits 3001 and 3002) (the "Stipulation"). Good cause appearing, the Stipulation is APPROVED, and IT IS HEREBY ORDERED that:

1. Government Exhibits 42 and 48, and Defense Exhibits 3001 and 3002 (the same recordings) (together, the "911 Calls"), are authentic under Federal Rule of Evidence 901, and no witness need be called to lay a foundation for them.

2. The 911 Calls are admitted into evidence at trial and may be published to the jury, in whole or in part, by either party, including during opening statements.

3. This Order concerns authenticity and admissibility only. Each party remains free to argue the weight and meaning of the 911 Calls.

IT IS SO ORDERED.

Dated: NOVEMBER 2, 2026

[signature]

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE