TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
Chief Assistant United States Attorney &
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes & Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3359/8644/6530
Email: mark.williams@usdoj.gov
matthew.o'brien@usdoj.gov
danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN RINDERKNECHT,<br>aka "Jonathan Rinder,"<br>aka "Jon Rinder,"<br><br>Defendant. | No. CR 25-833(A)-AH<br><br>**TRIAL STIPULATION**<br><br>Trial Date: November 2, 2026<br>Location: Courtroom 9C of the Hon. Anne Hwang |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, and Danbee C. Kim, and defendant JONATHAN RINDERKNECHT, by and through his counsel of record, Steven A. Haney, Sr., hereby stipulate and agree to the following

fact to be read to the jury during the trial of this matter. Based on this stipulation, the parties agree as follows: (1) defense counsel shall withdraw defense exhibits 3030, 3031, and 3047; (2) defense counsel shall withdraw Christy Araujo, Anthony Bardin, and Richard LaForge as witnesses and not call them at trial; (3) neither party shall argue or elicit testimony from any witness regarding smoke seen in the Lachman Fire burn scar between January 1-7, 2025.

Dated: Nov. 2, 2026

Respectfully submitted,

MARK A. WILLIAMS
MATTHEW W. O'BRIEN
DANBEE C. KIM
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: Nov. 2. 2026

11/2/26

STEVEN A. HANEY, SR.
Attorney for Defendant
JONATHAN RINDERKNECHT

JONATHAN RINDERKNECHT
DEFENDANT

Stipulation

From January 1, 2025, until 10:00 a.m. on January 7, 2025, the trails on Hidden Buddha Hill were open and accessed by the public.