# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

***AMENDED***

Case No. **CR 25-0833(A)-AH** Date NOVEMBER 10, 2026

Present: The Honorable ANNE HWANG, UNITED STATES DISTRICT JUDGE PRESIDING

Interpreter N/A

| YOLANDA SKIPPER | MARIA BUSTILLOS | MATTHEW S. O'BRIEN<br>DANBEE C. KIM<br>MARK A. WILLIAMS |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **JONATHAN RINDERKNECHT** | ✗ | ✗ | | STEVEN A. HANEY | ✗ | | ✗ |
| | | | | DAVID M. CANTOR | ✗ | | ✗ |
| | | | | CHRISTINE C. WHALIN | ✗ | | ✗ |

**Proceedings: JURY TRIAL**

____ Day COURT TRIAL **7TH Day JURY TRIAL** _____ Death Penalty Phase

____ One day trial; ____ Begun (1st day); X Held & continued; ____ Completed by jury verdict/submitted to court.
____ The Jury is impaneled and sworn.
____ Opening statements made: ____________
X Witnesses called, sworn and testified. X Exhibits identified X Exhibits admitted
____ Government rests. ____ Defendant(s) ____________ rests.
____ Motion for mistrial by __________ is _____ granted _____ denied _____ submitted
____ Motion for judgment of acquittal (FRCrP 29) is ____ granted _____ denied _____ submitted
____ Closing arguments made ____ Court instructs jury _____ Bailiff sworn
____ Alternates excused ____ Jury retires to deliberate _____ Jury resumes deliberations
____ Findings by Court as follows: _____ Jury Verdict as follows:
____ Dft # ____ Guilty on counts(s) _____ Not Guilty on count(s)
____ Jury polled _____ Polling waived
____ Filed Witness & Exhibit lists ___Filed Jury notes ____ Filed Jury Instructions ____ Filed Jury Verdict
____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to ___________ for sentencing.
____ Dft # ____ remanded to custody. _____ Remand/Release # ________ issd. ___ Dft # ___ released from custody.
____ Bond exonerated as to Dft # ________
X Case continued to ***NOVEMBER 12, 2026 AT 8:30 AM*** for further trial/further jury deliberation.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
X Other: Court and counsel discuss jury instructions.

5 : 51

CC: USPO, PTS, USM